# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AXOS BANK, et al.,<br><br>　　　　　　　　Defendants. | Case No. 22-cv-386-MMA (MDD)<br><br>**ORDER (1) GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT, AND (2) DISCHARGING ORDER TO SHOW CAUSE**<br><br>[Doc. No. 5] |

On March 21, 2022, Plaintiff Jennifer Brear Brinker ("Plaintiff") initiated this action against Defendants Axos Bank, Axos Financial Inc., John Tolla, Eshel Bar-Adon, and Tom Constantine ("Defendants"). *See* Doc. No. 1. On July 6, 2022, the Court ordered Plaintiff to show cause (the "OSC") as to why this case should not be dismissed for failure to timely complete service on Defendants pursuant to Federal Rule of Civil Procedure 4(m) and Civil Local Rule 4.1(b). *See* Doc. No. 3.

On July 7, 2022, Plaintiff filed a First Amended Complaint. *See* Doc. No. 4. On July 22, 2022, Plaintiff and Defendants filed a joint motion for extension of time for Defendants to respond to the First Amended Complaint. *See* Doc. No. 5. In the joint

motion, the parties state that "each defendant has agreed to accept service of the First Amended Complaint." *Id.* at 2.

Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISCHARGES** the OSC. Defendants must respond to the First Amended Complaint on or before **September 13, 2022**.

**IT IS SO ORDERED**.

Dated: July 26, 2022

_____
HON. MICHAEL M. ANELLO
United States District Judge