UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE MITCHELL D. DEMBIN TO MAGISTRATE JUDGE DAVID D. LESHNER | TRANSFER ORDER |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Mitchell D. Dembin to the calendar of the Honorable David D. Leshner for all further proceedings. All conferences or hearing dates previously set before Judge Dembin will remain on calendar as scheduled but will be set before Judge Leshner. All dates set before any district judge in the transferred cases will remain unchanged.

| Case No. | Case Title |
|---|---|
| 3:20-cv-0199-L | *Tate v. Owens, et al.* |
| 3:20-cv-0958-CAB | *Omnitracs, LLC, et al. v. Platform Science, Inc.* |
| 3:21-cv-1724-JO | *Ewing v. Toma, et al.* |
| 3:21-cv-1836-AJB | *Kimberli S. v. Kijakazi* |

1

| | | |
|---|---|---|
| 1 | 3:21-cv-2120-LL | *Alvarez v. Centerplate. et al.* |
| 2 | 3:22-cv-0186-RSH | *Haeussinger v. Gore, et al.* |
| 3 | 3:22-cv-0386-MMA | *Brinker v. Axos Bank, et al.* |
| 4 | 3:22-cv-0619-LAB | *L.W. v. Snap Inc., et al.* |
| 5 | 3:22-cv-0806-RSH | *Toussaint v. Toussaint* |
| 6 | 3:22-cv-0838-WQH | *Steeves v. Internal Revenue Service* |
| 7 | 3:22-cv-0997-GPC | *Hollywood v. Reyes, et al.* |
| 8 | 3:22-cv-1070-JAH | *Vasquez v. Maryland MarketSource, Inc., et al.* |

Dated: August 15, 2022

Hon. Mitchell D. Dembin
United States Magistrate Judge