SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RACHEL P. HOWARD, Cal. Bar No. 273968
rhoward@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER, <br><br> Plaintiff, <br><br> v. <br><br> AXOS BANK and JOHN TOLLA, <br><br> Defendants. | Case No.: 3:22-cv-00386-MMA-DDL <br><br> **NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)** <br><br> Hearing Date: September 25, 2023 at 2:30 p.m. <br><br> Courtroom 3C <br><br> Hon. Michael M. Anello <br>(Schwartz Courthouse, Courtroom 3C) |

# NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that on September 25, 2023 at 2:30 p.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Michael M. Anello, of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Courtroom 3C, 3rd Floor, defendants Axos Bank and John Tolla will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing plaintiff Jennifer Brear Brinker's ("Brinker") Third Amended Complaint without leave to amend to the extent it purports to state a claim for relief under the Sarbanes-Oxley Act, 18 U.S.C. § 1514A, based on allegations that she reported what she reasonably believed were violations of 17 C.F.R § 240.13a-15, 17 C.F.R § 240.13a-14, and 15 U.S.C. § 78m(b)(2)(B).  The Section 1514A claim does not tether Brinker's alleged reasonable belief to any enumerated segment of federal law beyond shareholder fraud, as this Court previously determined (Dkt. No. 43 at 16:17-18:23).

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities in support thereof, and all other pleadings, papers, records and documentary materials on file in this action, those matters of which this Court may take judicial notice, and upon the oral arguments of counsel at the hearing on this Motion.

Dated:  August 16, 2023         SHEPPARD MULLIN RICHTER & HAMPTON LLP

By        /s HEATHER L. PLOCKY
          HEATHER L. PLOCKY
          Attorneys for Defendants
          AXOS BANK and JOHN TOLLA