SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppard.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppard.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for DEFENDANT AND
COUNTERCLAIMANT AXOS BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER,<br><br>Plaintiff,<br><br>v.<br><br>AXOS BANK and JOHN TOLLA,<br><br>Defendants. | Case No.: 3:22-cv-00386-BJC-DDL<br><br>**JOINT MOTION TO CONTINUE STATUS HEARING**<br><br>Hon. Benjamin J. Cheeks<br>Schwartz Courthouse, Courtroom 3A<br><br>Magistrate Judge David D. Leshner |
| AXOS BANK, a federal savings bank<br><br>Counterclaimant,<br><br>v.<br><br>JENNIFER BREAR BRINKER an individual; and DOES 1-25, inclusive,<br><br>Counterclaim Defendants | Action Filed: March 21, 2022 |

This Joint Motion is filed by defendant and counterclaimant Axos Bank (“Axos”) and plaintiff and counterclaim defendant Jennifer Brear Brinker (“Brinker)” (collectively the “Parties”) through their counsel of record, based upon the following facts:

WHEREAS, the Court has scheduled an in-person Status Hearing on November 12, 2026 at 10:00 a.m. to discuss outstanding pretrial issues (Dkt. No. 385);

WHEREAS, lead trial counsel for Brinker has a three to four week jury trial starting November 13, 2026;

WHEREAS, lead trial counsel for Axos is traveling out of state for depositions the week of November 9, 2026;

WHEREAS, the Parties have met and conferred and agreed to request that the Court continue the Status Hearing until December 1-3, 2026;

WHEREAS, the Parties will meet and confer and submit a joint statement providing three mutually agreed upon dates for the Pretrial Conference and trial by November 5, 2026 pursuant to the Court’s Order (Dkt. No. 385);

WHEREAS, the Parties will continue their meet and confer efforts regarding the Proposed Pretrial Order, and will file the Proposed Pretrial Order on November 5, 2026 pursuant to the Court’s Order (Dkt. No. 385); and

WHEREAS, this continuance does not prejudice the Parties or the Court.

The Parties hereby stipulate and jointly move the Court for an order continuing the Status Hearing until December 1-3, 2026.

Dated: October 23, 2026 SHEPPARD MULLIN RICHTER & HAMPTON LLP

By */s/ HEATHER L. PLOCKY*

HEATHER L. PLOCKY
Attorneys for Defendant
and Counterclaimant AXOS BANK

Dated: October 23, 2026 KING & SIEGEL LLP

By *ROBERT JOHNSTON KING*
ROBERT JOHNSTON KING
Attorneys for Plaintiff and Counterclaim Defendant Jennifer Brear Brinker

**SIGNATURE ATTESTATION**

Pursuant to Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ HEATHER L. PLOCKY*
HEATHER L. PLOCKY