UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER,<br>Plaintiff,<br>v.<br>AXOS BANK and JOHN TOLLA,<br>Defendants. | Case No.: 22-cv-0386-BJC-DDL<br>**ORDER GRANTING JOINT MOTION TO CONTINUE STATUS HEARING**<br>**(ECF No. 286)** |
| AXOS BANK, a federal savings bank<br>Counterclaimant,<br>v.<br>JENNIFER BREAR BRINKER an individual; and DOES 1-25, inclusive,<br>Counterclaim Defendants. | |

Before the Court is the Parties' Joint Motion to Continue the November 12, 2026, Status Hearing. ECF No. 286. The Joint Motion states that a continuance is necessary because lead trial counsel for Brinker has a three-to-four-week jury trial starting November 13, 2026, and lead trial counsel for Axos is traveling out of state for depositions the week of November 9, 2026.

Having fully considered the Joint Motion, and for good cause shown, the Joint Motion is **GRANTED**. The Status Hearing is **RESET** for **December 2, 2026, at 10:30 a.m.** in Courtroom 3A before the Honorable Benjamin J. Cheeks.

**IT IS SO ORDERED.**

Dated: October 26, 2026

Honorable Benjamin J. Cheeks
United States District Judge