SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppard.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppard.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for DEFENDANT AND COUNTERCLAIMANT AXOS BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER,<br><br>Plaintiff,<br><br>v.<br><br>AXOS BANK and JOHN TOLLA,<br><br>Defendants. | Case No.: 3:22-cv-00386-BJC-DDL<br><br>**JOINT MOTION TO CONTINUE DEADLINE TO FILE PROPOSED PRETRIAL ORDER AND JOINT STATEMENT**<br><br>Hon. Benjamin J. Cheeks<br>Schwartz Courthouse, Courtroom 3A<br><br>Magistrate Judge David D. Leshner<br><br>Action Filed: March 21, 2022 |
| AXOS BANK, a federal savings bank<br><br>Counterclaimant,<br><br>v.<br><br>JENNIFER BREAR BRINKER an individual; and DOES 1-25, inclusive,<br><br>Counterclaim Defendants | |

This Joint Motion is filed by defendant and counterclaimant Axos Bank ("Axos") and plaintiff and counterclaim defendant Jennifer Brear Brinker ("Brinker)" (collectively the "Parties") through their counsel of record, based upon the following facts:

WHEREAS, the Court has rescheduled an in-person Status Hearing for December 2, 2026 at 10:30 a.m. to discuss outstanding pretrial issues (Dkt. No. 287);

WHEREAS, lead trial counsel for Axos is currently traveling out of state;

WHEREAS, lead trial counsel for Brinker has a three to four week jury trial starting November 13, 2026;

WHEREAS, the Parties are continuing to meet and confer regarding the Proposed Pretrial Order and anticipate being able to come to further agreements if they have additional time to meet and confer before filing the Pretrial Order;

WHEREAS, the Parties have agreed to file the Proposed Pretrial Order on November 18, 2026, which is 14 days before the Status Hearing and before the Pretrial Conference is even scheduled;

WHEREAS, the Parties are continuing to meet and confer regarding the Joint Statement to provide three mutually agreed upon dates for the Pretrial Conference and trial;

WHEREAS, the Parties are contacting their potential witnesses to confirm their availability for trial and are still waiting to hear from certain witnesses;

WHEREAS, the Parties have agreed to file the Joint Statement on November 18, 2026, which is 14 days before the Status Hearing; and

WHEREAS, this continuance does not prejudice the Parties or the Court.

The Parties hereby stipulate and jointly move the Court for an order that the deadline to file the Proposed Pretrial Order and the Joint Statement is November 18, 2026.

Dated: October 30, 2026 SHEPPARD MULLIN RICHTER & HAMPTON LLP

By *[/s/ Heather L. Plocky]*
HEATHER L. PLOCKY
Attorneys for Defendant
and Counterclaimant AXOS BANK

Dated: October 30, 2026 KING & SIEGEL LLP

By *[/s/ Elliot Siegel]*
ELLIOT SIEGEL
Attorneys for Plaintiff and Counterclaim
Defendant Jennifer Brear Brinker

## SIGNATURE ATTESTATION

Pursuant to Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: *[/s/ Heather L. Plocky]*
HEATHER L. PLOCKY