UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER,<br>Plaintiff,<br>v.<br>AXOS BANK and JOHN TOLLA,<br>Defendants. | Case No.: 22-cv-0386-BJC-DDL<br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES**<br>**(ECF No. 288)** |
| AXOS BANK, a federal savings bank<br>Counterclaimant,<br>v.<br>JENNIFER BREAR BRINKER an individual; and DOES 1-25, inclusive,<br>Counterclaim Defendants. | |

Before the Court is the Parties' Joint Motion to Continue the Deadline to file a Proposed Pretrial Order and Joint Statement. ECF No. 288. For good cause shown, the

Joint Motion is **GRANTED**. The Parties must submit the Proposed Pretrial Order and Joint Statement by no later than **November 18, 2026**.

**IT IS SO ORDERED.**

Dated: October 30, 2026

Honorable Benjamin J. Cheeks
United States District Judge