SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppard.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppard.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for DEFENDANT AND COUNTERCLAIMANT AXOS BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER,<br><br>Plaintiff,<br><br>v.<br><br>AXOS BANK and JOHN TOLLA,<br><br>Defendants. | Case No.: 3:22-cv-00386-BJC-DDL<br><br>**JOINT STATEMENT REGARDING DATES**<br><br>Hon. Benjamin J. Cheeks<br>Schwartz Courthouse, Courtroom 3A<br><br>Magistrate Judge David D. Leshner |
| AXOS BANK, a federal savings bank<br><br>Counterclaimant,<br><br>v.<br><br>JENNIFER BREAR BRINKER an individual; and DOES 1-25, inclusive,<br><br>Counterclaim Defendants | Action Filed: March 21, 2022 |

This Joint Statement is submitted by defendant and counterclaimant Axos Bank ("Axos") and plaintiff and counterclaim defendant Jennifer Brear Brinker ("Brinker)" (collectively the "Parties") through their counsel of record pursuant to the Court's Orders (Dkt. Nos. 285, 289).

The Parties have met and conferred and are available for the Pretrial Conference on January 28, and February 24, and 25, 2027.

The Parties have met and conferred, and believe it will be more efficient for the Parties and the Court to hold a hearing on the Parties' motions in limine in advance of trial. The Parties have met and conferred and are available for a hearing on their motions in limine on March 22, 2027, and March 29, 2027. The Parties propose that the oppositions to the motions in limine be filed one week in advance of the hearing, that the opening briefs be filed two weeks before the oppositions, and the Parties have a deadline to meet and confer on the motions in limine one week before the opening briefs are due.

The Parties also met and conferred several times regarding proposed trial dates. Due to recent shifts in counsel's trial schedules, the Parties are continuing to meet and confer on mutually agreeable dates. At this time, Ms. Brinker offers July 6, 13, 20, and 27, 2027 and Axos offers April 20 and 27, May 4, 11, 18, and 25, 2027.

Dated: November 18, 2026 SHEPPARD MULLIN RICHTER & HAMPTON LLP

By *_/s/ HEATHER L. PLOCKY_*
HEATHER L. PLOCKY
Attorneys for Defendant
and Counterclaimant AXOS BANK

Dated: November 18, 2026 KING & SIEGEL LLP

By *\/s\/ ROBERT JOHNSTON KING*
ROBERT JOHNSTON KING
Attorneys for Plaintiff and Counterclaim Defendant Jennifer Brear Brinker

**SIGNATURE ATTESTATION**

Pursuant to Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ HEATHER L. PLOCKY*
HEATHER L. PLOCKY