Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Robert J. King (Bar No. 302545)
robert@kingsiegel.com
**KING & SIEGEL LLP**
601 University Avenue, Suite 275
Sacramento, CA 95825

Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Ste. 201
Los Angeles, CA 90014
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Plaintiff
Jennifer Brear Brinker

King & Siegel LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**Jennifer Brear Brinker**,
Plaintiff,

v.

**AXOS Bank**,
Defendants.

**AXOS Bank**,
Counterclaimant,

v.

**Jennifer Brear Brinker**,
Counterclaim Defendants.

CASE NO.: 3:22-cv-00386-MMA-DDL

Hon. Benjamin J. Cheeks
Schwartz Courthouse, Courtroom 3A

Magistrate Judge David D. Leshner

**WITNESS LIST**

Pretrial Conference: March 12, 2026
Time: 10:30 a.m.
Courtroom 3A

Action Filed: March 21, 2022

## WITNESS LIST

| Name of Witness | Subject Matter of Testimony | Expect to Call | May Call If Needed |
|---|---|---|---|
| **1. Jennifer Brear Brinker** | Plaintiff and former Senior Independent Credit Review ("ICR") Officer at Axos Bank ("Axos"). She will testify regarding her employment, including her compensation, her complaints of unequal pay and retaliation, and the circumstances of her termination. She will also testify regarding the information she retained following her termination and the subsequent litigation initiated by Axos. She will testify regarding her economic and non-economic damages. | X | |
| **2. John Tolla** | Executive Vice President and Chief Governance, Risk, and Compliance Officer at Axos. He will testify regarding his supervision of Ms. Brinker, the ICR department, her workplace complaints, and compensation decisions. He will also testify regarding Axos' decision and process to outsource the ICR function and to terminate Ms. Brinker. | X | |
| **3. David Park** | Former Executive Vice President of Commercial Banking and Treasury Management at Axos. May testify regarding discussions with Ms. Brinker about potential internal employment, her performance at Axos, feedback he received from others regarding her performance, and Ms. Brinker's ICR reports. | | X |



King & Siegel LLP

| Name of Witness | Subject Matter of Testimony | Expect to Call | May Call If Needed |
|---|---|---|---|
| **4. Eshel Bar Adon** | Chief Legal Officer at Axos. He will testify regarding Ms. Brinker's complaints to Human Resources and the investigation into those complaints. He will further testify regarding his role in evaluating Ms. Brinker's ICR findings and his communications concerning her termination. He will also testify regarding his authorization of the arbitration demand and counterclaims against Ms. Brinker. | X | |
| **5. Manuel Cardoso** | Senior Vice President, Head of Enterprise Risk and ICR at Axos, and Ms. Brinker's direct supervisor. He will testify regarding Ms. Brinker's hiring, job duties, performance, ICR reports and findings, compensation and title discussions, and related decision-making. He will also testify regarding interactions between Ms. Brinker and business units and the circumstances of her termination. He will further testify regarding Axos' decision and process to outsource the ICR function. | X | |
| **6. John Vargas** | Former ICR Officer at Axos who worked alongside Ms. Brinker. Will testify regarding working within the ICR department, and his termination. | X | |
| **7. Robert Martini** | May testify as to matters relevant to liability and damages. | | X |

King & Siegel LLP

| Name of Witness | Subject Matter of Testimony | Expect to Call | May Call If Needed |
|---|---|---|---|
| **8. Barbara Foster** | Former Axos Employee. Will testify regarding her arbitration against Axos and other Axos employee's misuse of confidential information. She will also testify regarding concerns raised to HR and HR's response to those concerns. | X | |
| **9. Thomas Constantine** | Axos' Chief Credit Officer. He will testify to remediation of Ms. Brinker's findings, internal discussions regarding transferring Ms. Brinker within the bank, discussions regarding outsourcing, and discussions regarding Ms. Brinker's concerns. | X | |
| **10. Holly Jamison** | Former VP of Lending Compliance at Axos. Will testify regarding John Tolla's workplace conduct, gender discrimination that she experienced and observed, compliance concerns that she raised and Axos' response to those concerns, concerns that she raised to Human Resources, the circumstances of her termination, and Axos' effort to interfere with her testimony in this action. | X | |
| **11. Anthony Maniscalco** | Will testify as to his job duties, his conversations with Ms. Brinker, his views regarding her complaints, his compensation, and his ICR findings. | X | |
| **12. Mary-Ellen Ciafardini** | Will testify as to her investigations and experience as Axos' head of HR, her investigation into Ms. Brinker's complaints, and her personal misuse of confidential information. | X | |



King & Siegel LLP

| Name of Witness | Subject Matter of Testimony | Expect to Call | May Call If Needed |
|---|---|---|---|
| **13. Shelley Leach** | Former ICR Officer. Will testify regarding her experience as an ICR officer, including Mr. Cardoso's management, the ICR process, including management interference in that process, reasons for delays in ICR reports, management directives to limit sharing information with government regulators, her observations of gender discrimination, threats against Whistleblower's made by Axos' CEO, her experience working with Brinker, and Axos' treatment of documents that she retained after her employment. | X | |
| **14. Angie Blumer** | Former Axos Officer. Will testify regarding Axos' response to her printing documents and taking them home. | X | |
| **15. Lisa Kiess** | Former Axos Officer. Will testify as to the circumstances surrounding her transfer from the ICR team. | X | |
| **16. Waqqas Ahsan** | Former ICR Officer. Will testify regarding the ICR Department, the ICR process, including his findings and management's views of Ms. Brinker and her findings. Will also testify as to his termination and the relationship between Ms. Brinker and Mr. Cardoso. | X | |
| **17. John Cate** | Current Axos Officer. Will testify as to his interactions with and opinions about Ms. Brinker, delays in remediation efforts, Ms. Brinker's ICR findings, Ms. Brinker's efforts to transfer within the bank, and Ciafardini's investigation. | X | |



King & Siegel LLP

| Name of Witness | Subject Matter of Testimony | Expect to Call | May Call If Needed |
|---|---|---|---|
| **18. Dan Kreutzmann** | Former Axos Officer. Will testify as to his interactions with, and opinion of, Ms. Brinker, including her ICR reports. Will testify as to his opinions of Mr. Cardoso and his leadership of the ICR team. Will testify as to discussions with Brinker regarding management interference with her reports. | | X |
| **19. Andrew Micheletti** | Will testify as to Axos' alleged damages. | X | |
| **20. Brad Abbott** | Plaintiff's retained expert from Econ One. Economic damages expert with over twenty years; experience, B.S. in Economics from Saint Mary's College, and MBA from California State University, Sacramento.<br><br>May testify regarding economic losses from wrongful termination and unequal pay, wage calculations, lost wages and benefits, and tax neutralization adjustments | X | |
| **21. Marc Cohen** | Defendant's retained expert. Board-certified forensic psychiatrist with M.D. from USC Keck School of Medicine.<br><br>May testify regarding Ms. Brinker's emotional distress damages. | | X |



King & Siegel LLP

King & Siegel LLP

| Name of Witness | Subject Matter of Testimony | Expect to Call | May Call If Needed |
|---|---|---|---|
| **22. Nicole Liska** | Defendant's retained rebuttal economics expert from Fulcrum Financial Inquiry LLP. Economic consultant with a Master's of Arts in Economics from UC San Diego.<br><br>May testify regarding Mr. Abbott's opinions related to wrongful termination, unequal pay, and tax neutralization. | | X |
| **23. Emil Czechowski** | Defendant's retained rebuttal economics expert from Resolution Economics LLC. Labor economist with an MBA from UCLA Anderson School of Management.<br><br>May testify regarding Mr. Abbott's opinions related to comparator salary and mitigation. | | X |
| **24. Arthur Pammenter** | Treating psychotherapist for Plaintiff. Will testify regarding his treatment of Ms. Brinker, his diagnoses, and opinions regarding her emotional distress. | X | |
| **25. Adam Rhodes** | Treating primary care physician for Plaintiff. Will testify regarding his treatment of Ms. Brinker, his diagnoses, and opinions regarding her emotional distress. | X | |
| **26. Allyson Prather** | Treating licensed marriage and family therapist for Plaintiff. Will testify regarding her treatment of Ms. Brinker, her diagnoses, and opinions regarding her emotional distress. | | X |
| **27. Nushin Sherkat** | Treating physician for Plaintiff. Will testify regarding his treatment of Ms. Brinker, his diagnoses, and opinions regarding her emotional distress. | X | |

King & Siegel LLP

| Name of Witness | Subject Matter of Testimony | Expect to Call | May Call If Needed |
|---|---|---|---|
| **28. Dean Cannarsa** | Ms. Brinker's son. May testify as to Plaintiff's emotional distress. | | X |
| **29. Laura Brinker** | Ms. Brinker's sister. Will testify as to Plaintiff's emotional distress. | X | |
| **30. Graziella Cannarsa** | Ms. Brinker's Daughter. Will testify as to Plaintiff's emotional distress. | X | |
| **31. Polly Towill**[1] | Counsel for Axos. Will testify regarding correspondence that was sent to and received from Ms. Brinker regarding Axos' claims against her, as well as Ms. Brinker's failure to return documents. | X | |
| **32. Heather Plocky** | Counsel for Axos. Will testify regarding correspondence that was sent to and received from Ms. Brinker regarding Axos' claims against her, as well as Ms. Brinker's failure to return documents. | X | |

DATED: November 18, 2026

Respectfully submitted,

**KING & SIEGEL LLP**

By: Robert King

Julian Burns King
Elliot J. Siegel
Robert J. King
Attorneys for Plaintiff

[1] The Parties are discussing potentials ways to avoid the need for testimony from Ms. Towill or Ms. Plocky.