SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppard.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppard.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for DEFENDANT AND COUNTERCLAIMANT AXOS BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER,<br><br>Plaintiff,<br><br>v.<br><br>AXOS BANK,<br><br>Defendant. | Case No.: 3:22-cv-00386-BJC-DDL<br><br>**ATTACHMENT B AXOS BANK'S WITNESS LIST**<br><br>Hon. Benjamin J. Cheeks<br>Schwartz Courthouse, Courtroom 3A<br><br>Magistrate Judge David D. Leshner<br>Action Filed: March 21, 2022 |
| AXOS BANK, a federal savings bank<br><br>Counterclaimant,<br><br>v.<br><br>JENNIFER BREAR BRINKER an individual; and DOES 1-25, inclusive,<br><br>Counterclaim Defendants | |

## III. WITNESS INFORMATION

### a. Witnesses Axos Expects to Call at Trial

| Name | Summary of Testimony |
|---|---|
| 1. Jennifer Brear Brinker | Plaintiff, who may testify regarding the allegations and claims in her Third Amended Complaint, including but not limited to her alleged whistleblowing, any alleged retaliation against her, any alleged violations, and her perceived job responsibilities. Brinker's testimony may also establish that Axos engaged in no wrongdoing. Brinker may testify concerning confidential information and other property belonging to Axos and its customers and regulators, (collectively, the "Confidential Information") that she wrongfully misappropriated from Axos in violation of her contractual obligations and applicable law. |
| 2. Manuel Cardoso | Senior Vice President Head of Risk Analytics and Monitoring, who may testify concerning his job as Brinker's supervisor, the independent credit review team, the confidential nature of certain bank information, potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's job prospects at Axos, Brinker's allegations of retaliation, allegations and claims in Brinker's TAC, that Axos engaged in no wrongdoing, and allegations and claims in Axos' Counterclaims. |
| 3. Mary Ellen Ciafardini | Former Executive Vice President, Human Resources, who may testify concerning Brinker's employment with Axos, including job description and responsibilities, conditions of employment, agreements signed by Brinker with respect to |

| Name | Summary of Testimony |
|---|---|
| | her employment at Axos, employee training, Brinker's medical leave, Brinker's separation, potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's job prospects at Axos, Brinker's allegations of retaliation, and allegations and claims in Brinker's TAC. |
| 4. Tom Constantine | Executive Vice President, Chief Credit Officer, who may testify concerning potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's job prospects at Axos, Brinker's allegations of retaliation, allegations and claims in Brinker's TAC, and that Axos engaged in no wrongdoing. |
| 5. Traci Holley | Senior Vice President, Compliance Officer, who may testify concerning the bank's lending practices, the independent credit review team, the allegations in Brinker's TAC and Axos' Counterclaims. |
| 6. Lisa Kiess | Former Independent Credit Review Officer and former Product Risk Review Officer, who may testify concerning the independent credit review team, potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's allegations of retaliation, and allegations and claims in Brinker's TAC. |
| 7. Anthony Maniscalco | Former Independent Credit Review Officer, who may testify concerning the independent credit review team, potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's allegations of retaliation, and allegations and claims in Brinker's TAC. |

| Name | Summary of Testimony |
| --- | --- |
| 8. Isabel Melendez | Former Independent Credit Review Officer, who may testify concerning the independent credit review team, potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's allegations of retaliation, and allegations and claims in Brinker's TAC. |
| 9. Andrew Micheletti | Executive Vice President, Finance, who may testify concerning Axos' claims and damages. He may also be called to testify as a rebuttal witness if the need arises to respond to any unexpected testimony that the CICR Committee was unaware of the outsourcing decision. |
| 10. John C. Tolla | Executive Vice President, Chief Risk Officer, who may testify concerning Brinker's employment with Axos, the independent credit review team, the confidential nature of certain bank information, outsourcing the work done by the independent credit review team to an external party, potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's job prospects at Axos, Brinker's allegations of retaliation, allegations and claims in Brinker's TAC, that Axos engaged in no wrongdoing, and allegations and claims in Axos' Counterclaims. |

///

///

///

///

///

///

///

b. **Expert Witnesses Axos Expects to Call at Trial**

| **Name** | **Summary of Testimony** |
|---|---|
| 1. Dr. Marc Cohen | Forensic expert in psychiatry and behavioral sciences who may testify regarding his opinions, and the basis and reasons upon which those opinions are based, as set forth in his expert report provided pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). Dr. Cohen may testify regarding his forensic psychiatric evaluation of Ms. Brinker and his determination as to whether she experienced any emotional harm or damage as a result of any of her employment experiences at Axos. |
| 2. Emil Czechowski | Damages expert who specializes in economic and statistical analyses in connection with litigation matters who may testify regarding his opinions, and the basis and reasons upon which those opinions are based, as set forth in his expert report provided pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). Mr. Czechowski may testify regarding Brad Abbott's opinions and assumptions related to calculating what Ms. Brinker's wages should have been as they relate to her Equal Pay Act claim, as well as his assumptions relating to mitigation. |
| 3. Nicole A. Liska | Damages expert who specializes in applied economics and statistical modeling, who may testify regarding her opinions of Ms. Brinker's claim for lost compensation, and the basis and reasons upon which those opinions are based, as set forth in her expert report provided pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). |

**c. Additional Witnesses Axos Reserves the Right to Call**

| **Name** | **Summary of Testimony** |
|---|---|
| 1. Matthew Ashworth | Managing Director of Hyperion Risk Management LLC, who may be called to testify as a rebuttal witness if the need arises to respond to any unexpected testimony from Brinker that Axos is not continuing to outsource the ICR function since Brinker left until today. |
| 2. Eshel Bar-Adon | Executive Vice President, Chief Legal Officer, who may testify concerning the independent credit review team, potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's allegations of retaliation, allegations and claims in Brinker's TAC, and that Axos engaged in no wrongdoing |
| 3. Erik Bowen | Who may be called to testify as a rebuttal witness if the need arises to respond to any unexpected testimony from Brinker that Tom Constantine tried to prevent Erik Bowen from offering her a job. Erik Bowen may be contacted through Axos' counsel. |
| 4. Laura Brinker | Who may testify concerning Brinker's mental, physical and emotional state, Brinker's upbringing, stressors in Brinker's life, probate disputes involving Brinker, Brinker's employment before and after Axos, Brinker's employment at Axos, Brinker's alleged emotional distress, Brinker's alleged damages, and allegations and claims in Brinker's TAC. |
| 5. Michael J. Brinker | Who may testify concerning Brinker's mental, physical and emotional state, stressors in Brinker's life, probate disputes involving Brinker, Brinker's employment, Brinker's alleged |

| Name | Summary of Testimony |
|---|---|
| | emotional distress, Brinker's alleged damages, and allegations and claims in Brinker's TAC. |
| 6. Fred Cabrera | Who may testify concerning Axos' potential outsourcing of the ICR function and its eventual outsourcing of the ICR function, and allegations and claims in Brinker's TAC. |
| 7. Graziella Cannarsa | Who may testify concerning Brinker's mental, physical and emotional state, stressors in Brinker's life, Brinker's employment before and after Axos, Brinker's employment at Axos, Brinker's alleged emotional distress, Brinker's alleged damages, and allegations and claims in Brinker's TAC. |
| 8. Umberto Cannarsa | Who may testify concerning Brinker's mental, physical and emotional state, his marriage and divorce from Brinker, his custody disputes with Brinker, stressors in Brinker's life, Brinker's employment before and after Axos, Brinker's employment at Axos, Brinker's alleged emotional distress, Brinker's alleged damages, and allegations and claims in Brinker's TAC. |
| 9. John Cate | Senior Vice President Director of Credit - Commercial Underwriting, who may testify concerning the independent credit review team, potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's job prospects at Axos, potential reorganization/creation of new roles at Axos, Brinker's allegations of retaliation, allegations and claims in Brinker's TAC, and that Axos engaged in no wrongdoing. |
| 10.Robert Martini | Senior Vice President, Warehouse Lending, who may testify |

| Name | Summary of Testimony |
|---|---|
| | concerning the independent credit review team, potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's job prospects at Axos, Brinker's allegations of retaliation, allegations and claims in Brinker's TAC, and that Axos engaged in no wrongdoing. |
| 11. Dr. Arthur Pammenter | Who may testify concerning his treatment of Brinker, other treatment Brinker received, including any prescriptions or medications, Brinker's mental, physical and emotional state, stressors in Brinker's life, Brinker's employment before Axos, Brinker's employment at Axos, Brinker's alleged emotional distress, Brinker's alleged damages, and allegations and claims in Brinker's TAC. |
| 12. David Park | Former Executive Vice President, Commercial Banking & Treasury Management, who may testify concerning the independent credit review team, potential issues Brinker perceived, Brinker's interactions with co-workers, Brinker's job prospects at Axos, potential reorganization/creation of new roles at Axos, Brinker's allegations of retaliation, allegations and claims in Brinker's TAC, and that Axos engaged in no wrongdoing. |
| 13. Vicki Payne | Senior Vice President, Securities Risk and Controls Officer, who may testify concerning the independent credit review team, potential issues Brinker perceived, her interactions with Brinker, Brinker's interactions with co-workers, Brinker's allegations of retaliation, and allegations and claims in Brinker's TAC. |

| Name | Summary of Testimony |
|---|---|
| 14. Alyson Prather | Who may testify concerning her treatment of Brinker, other treatment Brinker received, including any prescriptions or medications, Brinker's mental, physical and emotional state, stressors in Brinker's life, Brinker's employment after Axos, Brinker's employment at Axos, Brinker's alleged emotional distress, Brinker's alleged damages, and allegations and claims in Brinker's TAC. |
| 15. Dr. Adam Rhodes | Who may testify concerning his treatment of Brinker, other treatment Brinker received, including any prescriptions or medications, Brinker's mental, physical and emotional state, stressors in Brinker's life, Brinker's employment before and after Axos, Brinker's employment at Axos, Brinker's alleged emotional distress, Brinker's alleged damages, and allegations and claims in Brinker's TAC. |
| 16. Gail Sparhawk | Who may testify concerning Brinker's alleged emotional distress, Brinker's alleged damages, and allegations and claims in Brinker's TAC. |

Axos reserves the right to call any witnesses identified by Ms. Brinker in this Joint Pretrial Order.

Dated: November 18, 2026 SHEPPARD MULLIN RICHTER & HAMPTON LLP

By Heather L. Plocky

HEATHER L. PLOCKY
Attorneys for Defendant and Counterclaimant
AXOS BANK