SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppard.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppard.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for DEFENDANT AND COUNTERCLAIMANT AXOS BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER,<br><br>Plaintiff,<br><br>v.<br><br>AXOS BANK,<br><br>Defendant. | Case No.: 3:22-cv-00386-BJC-DDL<br><br>**ATTACHMENT D AXOS BANK'S EXHIBIT LIST**<br><br>Hon. Benjamin J. Cheeks<br>Schwartz Courthouse, Courtroom 3A<br><br>Magistrate Judge David D. Leshner<br>Action Filed: March 21, 2022 |
| AXOS BANK, a federal savings bank<br><br>Counterclaimant,<br><br>v.<br><br>JENNIFER BREAR BRINKER an individual; and DOES 1-25, inclusive,<br><br>Counterclaim Defendants | |

## IV. EXHIBITS

Axos' Exhibit List includes a list of documents and exhibits that Axos expects to offer at trial (in bold) and/or that Axos may offer at trial if the need arises. Axos reserves the right to offer at trial any exhibits identified by Ms. Brinker in this Joint Pretrial Order. Axos reserves the right to introduce additional exhibits as necessary for impeachment.

Dated: November 18, 2026 SHEPPARD MULLIN RICHTER & HAMPTON LLP

By /s/ Heather L. Plocky

HEATHER L. PLOCKY
Attorneys for Defendant and Counterclaimant
AXOS BANK

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1001** | **Axos 6564-6577** | **12/14/2011** | **Letter from Anthony Pantoni to Charles Brandes re Brinker's employment related claims against Brandes Investment Partners, LP** | | |
| **1002** | **Brinker 6738-6754** | **3/2/2016** | **Brinker Responsive Declaration to Request for Order re her outdated skills** | | |
| **1003** | **Brinker 6998-7013** | **2/21/2017** | **Brinker vocational evaluation** | | |
| **1004** | **Brinker 7014-7019** | **3/14/2017** | **Declaration of Respondent Brear (Cannarsa) Brinker re her stale experience** | | |
| **1005** | **Axos 52049-52050** | **3/31/2017** | **Offer Letter to Skip Maniscalco re FVP, Independent Credit Review** | | |
| **1006** | **Axos 52055-52056** | **7/24/2017** | **Notice to Employee Skip Maniscalco re rate of pay** | | |
| **1007** | **Axos 6080-6149** | **8/17/2017** | **Employee Handbook initially provided to Brinker** | | |
| **1008** | **Axos 5248-5259** | **8/17/2017** | **Policy Statement 2450: Information Security Policy** | | |
| 1009 | Brinker 7221 -7273 | 8/21/2017 | Umberto Cannarsa Notice of Lodgment ISO Ex Parte and RFO Allowing Father to Enroll the Children in School | | |
| 1010 | Pammenter 83-97 | 9/27/2017 | Family Court Services Parenting Plan | | |
| 1011 | Axos 52041-52042 | 11/30/2017 | Offer Letter to Shelley Leach | | |
| **1012** | **Axos 5234-5237** | **12/14/2017** | **Management Directive 2460: Privacy Policy** | | |
| **1013** | **Axos 5280-5302** | **12/14/2017** | **Policy Statement 2530: Vendor Management Program Policy** | | |
| 1014 | Brinker 7559-7564 | 1/18/2018 | Brear Brinker Income and Expense Declaration | | |
| **1015** | **Axos 5952-5957** | **2/22/2018** | **Policy Statement 7110: Independent Credit Review Policy** | | |
| **1016** | **Axos 43658-43662** | **2/22/2018** | **Management Directive 3220: IT Security Computer Acceptable Use Policy** | | |
| 1017 | Pammenter 6-9 | 4/12/2018 | Brear Brinker Intake Information Form for Dr. Pammenter | | |
| 1018 | Pammenter 10-14 | 4/12/2018 | Outpatient Services Contract between Dr. Pammenter and Brinker | | |
| **1019** | **Axos 21655-21656** | **4/30/2018** | **List of Lessee Customers taken and retained by Brinker** | | |
| 1020 | Pammenter 79-82 | 7/9/2018 | Declaration and letter written by Dr. Pammenter re Brear Brinker | | |
| 1021 | Axos 9851-9869 | 7/12/2018 | Domestic Violence Temporary Restraining Order against Umberto Cannarsa | | |
| **1022** | **Axos 5238-5247** | **7/19/2018** | **Policy Statement 2450: Information Security Policy** | | |
| 1023 | Axos 44180-44203 | 7/23/2018 | Email from Manuel Cardoso to John Tolla re GRC strategy and ICR candidates | | |
| **1024** | **Axos 4241-4242** | **9/10/2018** | **Offer Letter to Brear Brinker executed by Brinker** | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1025** | **Axos 4228-4230** | **9/11/2018** | **Job Requisition Approval Form for Senior Independent Credit Review Officer** | | |
| 1026 | Axos 36956-36958 | 9/11/2018 | Job Requisition Approval Form for Senior Independent Credit Review Officer | | |
| **1027** | **Axos 54321-54322** | **9/12/2018** | **Email from John Tolla to Manuel Cardoso re potential outsourcing to Crowe or KPMG** | | |
| **1028** | **Axos 54200-54204** | **9/18/2018** | **Email from Scott Miller to Manuel Cardoso and John Epperson re potentially outsourcing to Crowe** | | |
| 1029 | Brinker 7637-7644 | 9/24/2018 | Brear Brinker's Declaration re Family Code 4320 Factors re earning capacity | | |
| **1030** | **Axos 4160-4164** | **10/1/2018** | **Employee Confidentiality, Non-Disclosure, and Non-Recruitment Agreement executed by Brinker** | | |
| **1031** | **Axos 4166** | **10/1/2018** | **Employee Acknowledgement and Agreement executed by Brinker** | | |
| **1032** | **Axos 4168-4187** | **10/1/2018** | **BofI Master Policy on Ethics and Professional Integrity executed by Brinker** | | |
| **1033** | **Axos 4190-4203** | **10/1/2018** | **Information Security (GLBA) Policy executed by Brinker** | | |
| **1034** | **Axos 4205-4210** | **10/1/2018** | **IT Security Computer Acceptable Use Policy executed by Brinker** | | |
| **1035** | **Axos 4212-4227** | **10/1/2018** | **IT Security Policy executed by Brinker** | | |
| 1036 | Axos 4232-4237 | 10/1/2018 | Policy Against Unlawful Harassment, Discrimination and Retaliation executed by Brinker | | |
| 1037 | Axos 4239-4240 | 10/1/2018 | Notice to Employee per California Labor Code section 2810.5 executed by Brinker | | |
| **1038** | **Axos 54205-54210** | **10/1/2018** | **Email from Manuel Cardoso to Scott Miller re potential outsourcing to Crowe** | | |
| **1039** | **Axos 54306-54320** | **10/2/2018** | **Email from Manuel Cardoso to John Tolla re potentially outsourcing to KPMG** | | |
| **1040** | **Axos 3929-3942** | **10/11/2018** | **KPMG Independent Credit Review Services Proposal** | | |
| 1041 | Axos 48-61 | 10/12/2018 | Email from Manuel Cardoso to Elizabeth Mikhalsky, Daniel Matlock, Jason Helm, Mikael Rosenberger, Holli Thomas, Aacini Servai, Leah Ricciardi, Shelley Leach, Ryan Kam, Jonathan Doreau and Brear Brinker re GRC risk presentation | | |
| **1042** | **Axos 52051-52052** | **10/17/2018** | **Offer Letter to Skip Maniscalco re Senior Independent Credit Review Officer** | | |
| **1043** | **Axos 5312-5320** | **10/25/2018** | **Policy Statement 2530: Vendor Management Program Policy** | | |
| **1044** | **Axos 52053-52054** | **11/13/2018** | **Notice to Employee Skip Maniscalco re rate of pay** | | |
| **1045** | **Axos 54288-54291** | **11/14/2018** | **Email from Scott Miller to Manuel Cardoso re potentially outsourcing to Crowe** | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1046 | Axos 9713-9723 | 11/16/2018 | Email from Brear Brinker's personal email address to Brear Brinker re Mediation Agreement between Umberto Cannarsa and Brear Brinker | | |
| 1047 | Axos 15251-15252 | 12/12/2018 | Email from Brear Brinker to Manuel Cardoso re CL review | | |
| 1048 | Axos 44890 | 12/20/2018 | Brinker's ICR Notes | | |
| **1049** | **Axos 49481-49494** | **12/24/2018** | **Email from Brear Brinker to Brear Brinker's personal email address re emailing CL report** | | |
| 1050 | Axos 51975-51978 | 12/27/2018 | Offer Letter to Isabel Melendez | | |
| **1051** | **Axos 5219-5222** | **1/9/2019** | **Management Directive 2460: Privacy Management Directive** | | |
| 1052 | Axos 48831-48844 | 1/16/2019 | Email from Brear Brinker to Manuel Cardoso re draft Correspondent Lending ICR Review | | |
| 1053 | Axos 10054-10055 | 1/25/2019 | Email from Manuel Cardoso to Brear Brinker re Brinker's performance review simulation | | |
| **1054** | **Axos 52986-52987** | **1/25/2019** | **Email from Manuel Cardoso to Skip Maniscalco, Brear Brinker and Isabel Melendez and cc to Shelley Leach re ICR schedule** | | |
| **1055** | **Axos 10063-10066** | **1/28/2019** | **Email from K2Svc to Brear Brinker re Brinker's January 2019 Performance Review** | | |
| 1056 | | | | | |
| **1057** | **Axos 30999-31023** | **2/15/2019** | **Final ICR Process Review on Strategic Partnerships - Correspondent Lending** | | |
| 1058 | Axos 20113 | 2/19/2019 | 2019 Job Description of Independent Credit Review Officer | | |
| 1059 | Axos 10308-10324 | 2/22/2019 | Email from Brear Brinker to Patricia Cleary re Family Court Services Report | | |
| **1060** | **Axos 47890-48001** | **10/24/2019** | **ICR Management Committee Agenda, including revised ICR Policy regarding data access** | | |
| **1061** | **Axos 10422-10428** | **3/1/2019** | **Email from Shelley Leach to Brear Brinker re property profile for Brinker's ex-husband** | | |
| 1062 | Axos 4122-4125 | 3/8/2019 | Letter from Greg Garrabrants to Brear Brinker re Brinker's 2018 Total Compensation | | |
| 1063 | Axos 36932-36935 | 3/8/2019 | Letter from Greg Garrabrants to Skip Maniscalco re Maniscalco's 2018 Total Compensation | | |
| 1064 | Axos 11053-11062 | 3/25/2019 | Declaration of Respondent Brear Brinker In Support of Request for Order to set aside order re spousal support | | |
| **1065** | **Axos 5958-5963** | **4/11/2019** | **Policy Statement 7110: Independent Credit Review Policy** | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1066 | Axos 58114-58140 | 4/18/2019 | Email from Manuel Cardoso to Brear Brinker re Correspondent Lending Review finalized and approved for submission to CICR | | |
| **1067** | **Axos 44415-44430** | **4/23/2019** | **ICR Management Committee Agenda Packet** | | |
| 1068 | Axos 25401 | 4/30/2019 | Email from Manuel Cardoso to Shelley Leach and cc to Skip Maniscalco, Brear Brinker and Isabel Melendez re presenting at ICR Board Meeting | | |
| 1069 | Axos 29630-29633 | 5/15/2019 | Email from Manuel Cardoso to Skip Maniscalco, Isabel Melendez, Brear Brinker and Shelley Leach re creation of a new CICR Committee | | |
| 1070 | Axos 16738-16741 | 5/20/2019 | Email from Brear Brinker to Sarah Pinkerton and cc to Arturo Cervantes re problems paying fees for the children's counsel | | |
| 1071 | Axos 47254-47274 | 5/22/2019 | Email from Brear Brinker to Manuel Cardoso and cc to Brear Brinker re draft Equipment Finance ICR Review | | |
| **1072** | **Axos 45766-45788** | **5/31/2019** | **Email from Manuel Cardoso to Brear Brinker re not emailing Axos documents to her personal email** | | |
| 1073 | Axos 30963-30998 | 6/7/2019 | Final ICR Process Review on C&I Equipment Finance | | |
| 1074 | Axos 40880-40882 | 6/13/2019 | Email from Brear Brinker to Manuel Cardoso, Skip Maniscalco and Isabel Melendez re 6/18/19 CICR Meeting | | |
| 1075 | Axos 25231 | 6/18/2019 | Email from Manuel Cardoso to Skip Maniscalco, Brear Brinker and Isabel Melendez re CICR inaugural meeting | | |
| 1076 | Axos 27109-27189 | 6/18/2019 | Executive Overview - Completed ICR Process Reviews, including Correspondent Lending | | |
| 1077 | Axos 47302-47332 | 7/3/2019 | Email from Brear Brinker to Manuel Cardoso re Equipment Finance Review final draft | | |
| **1078** | **Axos 11800-11805** | **7/9/2019** | **Email from K2Svc to Brear Brinker re Brinker's July 2019 Performance Review** | | |
| 1079 | Axos 51967-51968 | 7/11/2019 | Offer Letter to Holly Hammons | | |
| **1080** | **Axos 24986-250038** | **7/25/2019** | **Email from Manuel Cardoso to Brear Brinker re EQF delays** | | |
| **1081** | **Axos 32123-32129** | **7/25/2019** | **Email from Manuel Cardoso to Brear Brinker re time management** | | |
| **1082** | **Axos 43650-43653** | **8/2/2019** | **Management Directive 3220: Computer Acceptable Use** | | |
| 1083 | Axos 45848-45849 | 8/5/2019 | Email from Manuel Cardoso to Brear Brinker re editing EQF report | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1084 | Brinker 7789-7795 | 8/5/2019 | Brear Brinker's Restraining Order of Umberto Cannarsa | | |
| 1085 | Axos 12106-12110 | 8/7/2019 | Email from Manuel Cardoso to Brear Brinker re Cardoso complimenting Brinker re EQF | | |
| 1086 | Axos 40889-40890 | 8/7/2019 | Email from Brear Brinker to Jim Thomas re CICR members | | |
| 1087 | Axos 53164-53199 | 8/16/2019 | Email from Manuel Cardoso to Tom Constantine and cc to Andy Micheletti and Brear Brinker re EQF ICR findings | | |
| 1088 | Axos 53670-53671 | 8/16/2019 | Email from Manuel Cardoso to Tom Constantine and cc to Andy Micheletti and John Tolla re edits to the Equipment Finance Review | | |
| 1089 | Axos 44901-44938 | 8/19/2019 | Email from Ronald Castleton to Manuel Cardoso and cc to Tom Constantine, James Fraser, Viviane Feilhaber, Thomas Parkin, Brear Brinker, Adrianne Santos, Steve VanSickler, Bryce Huff, Jorge Rivera, Carl Printer, Erik Bowen, Kinsey Drury, Barry Gordon Jr. and John Tolla re Equipment Finance Review management responses | | |
| **1090** | **Brinker 2984-2987** | **8/30/2019** | **ICR Mangagement Committee Packet** | | |
| 1091 | Axos 6398-6399 | 9/3/2019 | Email from Brear Brinker to Brear Brinker's personal email address re not copying Brinker on email | | |
| 1092 | Axos 34810-34816 | 9/3/2019 | Email from Brear Brinker to Andy Micheletti and cc to Manuel Cardoso re lease accounting issues | | |
| 1093 | Axos 47889-48001 | 9/6/2019 | Email from Manuel Cardoso to Andy Micheletti, John Tolla and Gretchen Garnecho and cc to Brear Brinker, Isabel Melendez, Holly Hammons and Skip Maniscalco re ICR Management Committee meeting packet | | |
| 1094 | Axos 25102 | 9/9/2019 | Email from Andrew Trani to Mary Ellen Ciafardini and bcc to Hourly Employees including Skip Maniscalco re new hourly rates | | |
| 1095 | Axos 25103-25105 | 9/9/2019 | Email from Andrew Trani to Skip Maniscalco re Notice to Employee with new hourly rate | | |
| 1096 | Axos 25409-25410 | 9/30/2019 | Email from Manuel Cardoso to Brear Brinker, Isabel Melendez, Skip Maniscalco and Holly Hammons re Directors requesting only ICR Committee members to attend the CICR meetings | | |
| 1097 | Brinker 7655-7664 | 10/2/2019 | Brear Brinker Declaration ISO Request for Order re Child Custody and Visitation and Attorney's Fees | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1098 | Axos 25279-25285 | 10/16/2019 | Email from John Tolla to Aacini Servai, Akemi Iino, Allison Canada, Allison Kelley, An Connell, Bernadette McDaniel, Brandon Sewell, Brea Brinker, Casey Jenkins, Chenxi L. Easley, Christie Manelski, Daniel Matlock, Danielle Austin-Rios, Diogo Garnecho, Hala Astifo, Hanna Raskovic, Isabel Melendez, Jessica Dubiel, Jessica Johnson, Jessica Tanem, John Farina, John Neiman, Jolisa Garrett, Jonathon M. Kumar, Kevin Do, Krysta Clark, Leah Ricciardi, Lina Tsvirkunova, Manuel Cardoso, Maria Gomez, Merfit Cesena, Mikael Rosenberger, Nancy Martinez, Nicholas Hoegler, Patricia M. Ampil, Randal Helm, Rena Kaiser, Robert Hopp, Ryan Kam, Sandy Hill, Sarah Thurber, Skip Maniscalco, Stephen McCall, Teresa Hagerman, Thomas Davis, Traci Holley, Truman Quintanilla, Victoria Aguirre, Viviane Feilhaber, Evan Adams, Vicki Payne, Anthony Tricaso, Liam Egan, Mireille A. Agojo, Juliana N. ElMaasarani, Chenxi L. Easley, Holly Hammons, Riikka M. Breazeal, Jonathon M. Kumar, Federico J. Umana and Mariana Botros re GRC organizational changes | | |
| 1099 | Axos 56099-56101 & 46096-46120 | 10/23/2019 | Email from Manuel Cardoso to Mark Matheson and Eshel Bar-Adon and cc to Brea Brinker, Joseph Leal, John Tolla, Andy Micheletti, Gretchen Garnecho and Olen Oshiro re Correspondent Lending ICR remediations | | |
| **1100** | **Axos 5303-5311** | **10/24/2019** | **Policy Statement 2530: Vendor Management Program Policy** | | |
| **1101** | **Axos 5964-5969** | **10/24/2019** | **Policy Statement 7110: Independent Credit Review Policy** | | |
| 1102 | Brinker 772-777 | 10/25/2019 | Email from Brear Brinker to Manuel Cardoso, Mark Matheson, Gretchen Garnecho, Olen Oshiro and Steve VanSickler re Correspondent Lending ICR remediations | | |
| **1103** | **Axos 27283-27284** | **11/22/2019** | **ICR Management Committee Packet** | | |
| **1104** | **Axos 5229-5233** | **12/9/2019** | **Management Directive 2460: Privacy Management Directive** | | |
| 1105 | Axos 13053 | 12/10/2019 | Email from Manuel Cardoso to Brear Brinker re Brinker's career moves after ICR | | |
| **1106** | **Axos 27991-28009** | **12/10/2019** | **Email from Brear Brinker to Manuel Cardoso and John Tolla re Warehouse delays** | | |
| **1107** | **Axos 52991-53010** | **12/10/2019** | **Final ICR Process Review - Warehouse Lending** | | |
| **1108** | **Axos 47536-47604** | **12/19/2019** | **Email from Brear Brinker to Steve VanSickler re Final ICR Process Review - C&I Equipment Finance** | | |
| 1109 | Axos 17882-17885 | 12/20/2019 | Email from Brear Brinker to Manuel Cardoso re Brinker's interest in other roles | | |
| 1110 | Axos 36906-36911 | 12/30/2019 | Offer Letter to John Vargas | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1111 | Axos 36921-36926 | 12/30/2019 | Offer Letter to Lisa Kiess | | |
| 1112 | Axos 55742-55746; 53064-53101 | 1/5/2020 | Email from Mary Ellen Ciafardini to John Tolla re forwarding Brinker's 10/8/2020 documentation set #1 supporting Brinker's complaint email | | |
| 1113 | Axos 55750-55753; 53138-53154 | 1/5/2020 | Email from Mary Ellen Ciafardini to John Tolla re forwarding Brinker's 10/16/2020 documentation set #2 supporting Brinker's complaint email | | |
| 1114 | Axos 55747-55749; 53102-53137 | 1/5/2020 | Email from Mary Ellen Ciafardini to John Tolla re forwarding Brinker's 10/27/2020 documentation set #3 supporting Brinker's complaint email | | |
| 1115 | Axos 55739-55741; 53028-53063 | 1/5/2020 | Email from John Tolla to Eshel Bar-Adon re forwarding Brinker's 10/27/2020 documentation set #3 supporting Brinker's complaint email | | |
| 1116 | Axos 55733-55738; 53011-53027 | 1/5/2020 | Email from John Tolla to Eshel Bar-Adon re forwarding Brinker's 10/16/2020 documentation set #2 supporting Brinker's complaint email | | |
| 1117 | Axos 28547 | 1/21/2020 | Email from Chase Silvius to Brear Brinker re title search platform | | |
| 1118 | Axos 46469-46470 | 1/29/2020 | Email from Holly Hammons to Brear Brinker re ICR Manual | | |
| 1119 | Axos 48793-48797 | 1/30/2020 | Email from Manuel Cardoso to Brear Brinker and cc to John Tolla re ICR Manual | | |
| 1120 | Axos 41573-41746 | 1/30/2020 | Email from Brear Brinker to Holly Hammons re ICR Manual | | |
| **1121** | **Axos 13249-13254** | **2/5/2020** | **Email from K2Svc to Brear Brinker re Brinker's January 2020 Performance Review** | | |
| 1122 | Brinker 9307-9310 | 2/7/2020 | Text messages between Brear Brinker and Graziella Cannarsa | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1123** | **Axos 37124-37126** | **2/11/2020** | **Email from Manuel Cardoso to Nana Aquino, Kevin Wilkins, Steve VanSickler, Adrianne Santos, Tom Constantine, Tucker Hughes, David Park, Brian Swanson, Tim Chung, Robert Martini, Chase Silvius, Erik Bowen, Mark Horinbein, Michael O'Neal, Ron Castleton, Kinsey Drury, Matthew Kahn, Carl Printer, Jorge Rivera, Joel Kodish, James Badame, Charles Martinez, Steve Szpytek, Eshel Bar-Adon, John Tolla, Andy Micheletti, Gretchen Garnecho, Adrian Nalwalker, Kelsey Stark, John Dustman, Darin Judis, Anthony Bowers, Eric Heth, Benjamin Harrington, Daniel Kreutzmann, Matthew Moreland, Joseph Chow, Michael O'Neal, Taylor Osborn, Louis Morris, Zackorey Ashbrook, Pedro Reis, Kenneth Sullivan, Steven Gill, Tyler Soule, Suja Jayan, Traci Holley, Robert Hopp, Viviane Tschanz, Gary Gilligan and Robert Ashworth and cc to Brea Brinker, Skip Maniscalco, Holly Hammons, John Vargas and Lisa Kiess re 2020 ICR plan** | | |
| 1124 | Axos 56945-57243 | 2/12/2020 | Email from Brear Brinker to Manuel Cardoso and cc to John Tolla, Gretchen Garnecho and Andy Micheletti re final ICR Process Review - Warehouse Lending | | |
| **1125** | **Axos 5260-5269** | **2/14/2020** | **Policy Statement 2450: Security Policy** | | |
| **1126** | **Axos 18051-18052** | **2/19/2020** | **Email from Brear Brinker to Holly Hammons re resumes for Lisa Kiess and John Vargas** | | |
| **1127** | **Axos 25298-25301** | **2/19/2020** | **Email from Brear Brinker to Holly Hammons and Skip Maniscalco re resumes for Lisa Kiess and John Vargas** | | |
| 1128 | Axos 27469-27473 | 2/24/2020 | Email from Manuel Cardoso to Andy Micheletti re helping Brinker with potential role in finance | | |
| **1129** | **Axos 6150-6246** | **3/3/2020** | **Employee Handbook** | | |
| 1130 | Axos 27504-27507 | 3/4/2020 | Skip Maniscalco's 2019 Total Compensation | | |
| 1131 | Axos 27508-27511 | 3/4/2020 | Brear Brinker's 2019 Total Compensation | | |
| **1132** | **Axos 48053-48064** | **3/13/2020** | **Email from John Tolla to Viviane Tschanz re GRC's active efficiency projects, including DiCom** | | |
| **1133** | **Axos 49297-49307** | **3/13/2020** | **Email from Manuel Cardoso to Joshua Tenant and cc to Mikael Rosenberger and Joseph Hirschy re final VCMF deck for DiCom** | | |
| **1134** | **Axos 48065-48076** | **3/13/2020** | **Email from John Tolla to Manuel Cardoso re Active Efficiency Projects** | | |
| 1135 | Axos 27088-27094 | 3/13/2020 | Email from Manuel Cardoso to Ann Gill re potential accounting role for Brinker | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1136** | **Axos 48056-48064** | **3/13/2020** | **VCMF ICR Powerpoint** | | |
| 1137 | Axos 57551-57560 | 3/30/2020 | Email from Brear Brinker to Joseph Leal, Olen Oshiro, Stephanie Langford, Olivia Chen, Manuel Cardoso, Mikael Rosenberger and Steve VanSickler re daily meetings re Correspondent Lending ICR remediations | | |
| 1138 | Axos 35027 | 3/30/2020 | Email from Brear Brinker to John Cate re EQF remediation | | |
| 1139 | Axos 18238-18243 | 4/2/2020 | Email from Brear Brinker to Tom Constantine re potential role in efficiencies group for Brinker | | |
| 1140 | Axos 8484-8490 | 4/2/2020 | Email from Adrianne Santos to Tom Constantine re potential role for Brinker to help with pre-audit work | | |
| 1141 | Axos 19573 | 4/7/2020 | Email from Carl Printer to Brear Brinker re opportunities for Brinker in Credit | | |
| 1142 | Axos 8428-8430 | 4/8/2020 | Email from Tom Constantine to Carl Printer re potential role for Brinker | | |
| 1143 | Axos 56347-56358 | 4/8/2020 | Email from John Tolla to Eshel Bar-Adon and cc to Manuel Cardoso and Brear Brinker re Correspondent Lending finding | | |
| 1144 | Axos 44431-44432 | 4/9/2020 | Email from Brear Brinker to Skip Maniscalco re Brinker not interested in roles | | |
| 1145 | Axos 20100-20111 | 4/13/2020 | Email from John Cate to Adrianne Santos re potential role for Brinker in Lender Finance | | |
| 1146 | Axos 18280 | 4/13/2020 | Email from Brear Brinker to Graziella Cannarsa re Axos jobs in legal | | |
| 1147 | Axos 36635-36636 | 4/16/2020 | Teams Chat between Brear Brinker and Skip Maniscalco re complimenting Maniscalco | | |
| 1148 | Axos 36536-36539 | 4/21/2020 | Teams Chat between Brear Brinker and Skip Maniscalco re Brinker and Maniscalco sharing grievances and compliments | | |
| 1149 | Axos 33164-33177 | 4/22/2020 | Email from Steve VanSickler to Brear Brinker, Manuel Cardoso and Mikael Rosenberger re exposure for certain warehouse lines | | |
| 1150 | Axos 25313 | 4/23/2020 | Email from Manuel Cardoso to Skip Maniscalco and cc to Brear Brinker, Lisa Kiess and John Vargas re Maniscalco's good work | | |
| 1151 | Axos 51865-51892 | 4/29/2020 | Axos Financial, Inc. Third Quarter 2020 Earnings Results Conference Call Transcript | | |
| 1152 | Axos 13781-13790 | 4/29/2020 | Email from Ashley Shannon to Brear Brinker re IRS Notice of Withholding re Brinker | | |
| 1153 | Axos 48097-48100 | 5/6/2020 | Email from Brear Brinker to Skip Maniscalco re remediations and Cardoso | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1154 | Axos 50770-51170 | 5/12/2020 | Email from Matthew Holdaway to Andy Micheletti, Tom Constantine, Jim Thomas, John Tolla, Angela Lopez, Derrick Walsh, Manuel Cardoso, Mikael Rosenberger, Lipeng Li, James Knight, David Park, Marc Kantor, Arthur Pannell, and Anthony Bowers re Board ALCO Packet | | |
| 1155 | Axos 13928-13945 | 5/15/2020 | Email from Shane Brengle to Brear Brinker attaching Umberto Cannarsa's 5/14/20 Restraining Order against Erin Heinle | | |
| 1156 | Axos 18351-18353 | 5/19/2020 | Email from Brear Brinker to Manuel Cardoso re problems communicating with each other | | |
| **1157** | **Axos 27646-27687** | **5/21/2020** | **Email from Brear Brinker to Brear Brinker's personal email address re sending documents for printing for working remotely** | | |
| 1158 | Axos 40302-40323 | 5/21/2020 | Email from Steve VanSickler to Brear Brinker re status of warehouse loans | | |
| 1159 | Axos 51171-51174 | 5/21/2020 | Email from Manuel Cardoso to Andy Micheletti, Tucker Hughes, David Park, Tom Constantine, Brian Swanson and Ron Pitters and cc to John Tolla re Board ALCO reporting | | |
| **1160** | **Axos 5970-6079** | **5/28/2020** | **Employee Handbook** | | |
| 1161 | Axos 36943-36948 | 6/8/2020 | Offer Letter to Waqqas Ahsan | | |
| 1162 | Axos 51175-51182 | 6/9/2020 | Email from Manuel Cardoso to John Tolla, Andy Micheletti, Jim Thomas, Tom Constantine and cc to Adrianne Santos, Mikael Rosenberger, Matthew Holdaway and Carl Printer re May 29, 2020 Covid Downturn Response Actions - Credit Risk | | |
| 1163 | Axos 26357 | 6/15/2020 | Email from Brear Brinker to Viviane Tschanz re helping Brinker explore paths | | |
| 1164 | Axos 18504-18506 | 6/24/2020 | Email from Brear Brinker to Steve VanSickler re VanSickler helping Brinker find a new role | | |
| 1165 | Axos 8452-8454 | 6/26/2020 | Email from John Cate to Tom Constantine re creating a role for Brinker | | |
| **1166** | **Axos 48430-48448** | **7/2/2020** | **Email from Nicholas Hoegler to John Tolla, Traci Holley and Tristin McCarty and cc to Raghu Valipireddy re Hoegler DLP Violation** | | |
| **1167** | **Axos 48461-48470** | **7/2/2020** | **Email from Nicholas Hoegler to John Tolla, Traci Holley and Tristin McCarty and cc to Raghu Valipireddy re Hoegler DLP Violation (trash view)** | | |
| **1168** | **Axos 48497-48501** | **7/2/2020** | **Email from Traci Holley to John Tolla re Hoegler saving Axos confidential information on his Google Drive** | | |
| **1169** | **Axos 49230-49245** | **7/2/2020** | **Email from John Tolla to Tristin McCarty and Traci Holley and cc to Raghu Valipireddy re ActivTrac shots of Hoegler DLP Violation** | | |
| **1170** | **Axos 49246-49253** | **7/2/2020** | **Email from Tristin McCarty to John Tolla and Traci Holley and cc to Raghu Valipireddy re Hoegler sending customer information** | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1171** | **Axos 36936-36937** | **7/2/2020** | **Notice to Employee as to Change in Relationship to Nicholas Hoegler** | | |
| **1172** | **Axos 36938** | **7/2/2020** | **Letter from John Tolla to Nicholas Hoegler re termination of employment** | | |
| 1173 | Axos 51183-51190 | 7/7/2020 | Email from Manuel Cardoso to John Tolla, Andy Micheletti, Jim Thomas, Tom Constantine and cc to Adrianne Santos, Mikael Rosenberger, Matthew Holdaway and Carl Printer re June 29, 2020 Covid Downturn Response Actions - Credit Risk | | |
| 1174 | Axos 14461-14467 | 7/7/2020 | Email from Brear Brinker to Harold Newman re accounting and tax issues | | |
| **1175** | **Axos 58589-58590** | **7/8/2020** | **DLP Violation (Web) re Nicholas Hoegler** | | |
| 1176 | Axos 20072-20073 | 7/9/2020 | Email from David Park to John Cate re potential role for Brinker in Credit | | |
| 1177 | Axos 8443-8444 | 7/9/2020 | Email from John Cate to Tom Constantine and cc to Steve VanSickler and Robert Ashworth re potential role for Brinker re JCA development | | |
| 1178 | Axos 44406-44410 | 7/9/2020 | Email from K2Svc to Skip Maniscalco re Maniscalco's July 2020 Performance Review | | |
| **1179** | **Axos 14490** | **7/13/2020** | **Email from Manuel Cardoso to Brear Brinker re Brinker's strong performance** | | |
| **1180** | **Axos 14492-14496** | **7/13/2020** | **Email from K2Svc to Brear Brinker re Brinker's July 2020 Performance Review** | | |
| 1181 | Axos 33555-33557 | 7/14/2020 | Email from Manuel Cardoso to Brear Brinker and cc to Steve VanSickler re governance documents for certain warehouse lines | | |
| 1182 | Axos 40351-40357 | 7/16/2020 | Email from Robert Martini to Chandler Rebecca Sinclair, Brea Brinker, Anita Chadwick and cc to Steve VanSickler, Carl Printer and Manuel Cardoso re formal governance documents submitted to internal Management Credit Committee recognizing certain warehouse lines | | |
| 1183 | Axos 14507 | 7/17/2020 | Email from John Cate to Brear Brinker re potential new dual role in Credit and CCL portfolio management | | |
| 1184 | Axos 48002-48008 | 7/17/2020 | Email from John Cate to Robert Martini and Steve VanSickler re lines with extended dwell times | | |
| 1185 | Axos 33602-33603 | 7/17/2020 | Email from Robert Martini to John Tolla and cc to Brear Brinker re warehouse guidelines for extended dwell times | | |
| 1186 | Axos 36638-36639 | 7/21/2020 | Teams Chat between Brear Brinker and Skip Maniscalco re John Cate and potential new role | | |
| 1187 | Axos 18577-18578 | 7/21/2020 | Email from Brear Brinker to John Cate re meeting with David Park re potential CCL Credit/PM role | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1188 | Axos 42277-42304 | 7/23/2020 | Email from Brear Brinker to Robert Martini re payment status of warehouse lending customers | | |
| **1189** | **Axos 48502-48524** | **7/27/2020** | **Email from Brear Brinker to Brear Brinker's personal email address re emailing report in case computer crashes** | | |
| 1190 | Axos 42305-42324 | 7/27/2020 | Email from Brear Brinker to Joel Kodish and Michael O'Neal and cc to Manuel Cardoso re draft Lender Finance ICR Review | | |
| **1191** | **Axos 36310-36311** | **7/30/2020** | **Teams Chat between Alyssia Carstairs and Manuel Cardoso re Cardoso considering recommending Brinker for a promotion** | | |
| **1192** | **Axos 36312-36313** | **7/30/2020** | **Teams Chat between Andrew Trani and Manuel Cardoso re Cardoso considering recommending Brinker for a promotion** | | |
| 1193 | Axos 20097 | 7/30/2020 | Email from Adrianne Santos to John Cate re potential role for Brinker re JCA development | | |
| 1194 | Axos 27095-27098 & 49266 | 7/31/2020 | Email from John Tolla to Manuel Cardoso re Brinker Promotion | | |
| **1195** | **Axos 4032-4035** | **8/3/2020** | **Management Directive 3220: Computer Acceptable Use** | | |
| 1196 | Axos 38531-38557 | 8/3/2020 | Email from Brear Brinker to Joel Kodish and cc to Manuel Cardoso re updated draft Lender Finance ICR Review | | |
| 1197 | Axos 18613-18614 | 8/4/2020 | Email from Brear Brinker to John Cate re creation of potential new role in C&I | | |
| 1198 | Axos 51191-51200 | 8/5/2020 | Email from Manuel Cardoso to John Tolla, Andy Micheletti, Jim Thomas, Tom Constantine and cc to Adrianne Santos, Mikael Rosenberger, Matthew Holdaway and Carl Printer re July 31, 2020 Covid Downturn Response Actions - Credit Risk | | |
| 1199 | Axos 42378-42437 | 8/5/2020 | Email from Brear Brinker to Joel Kodish and cc to David Park re last two versions of the Lender Finance Review | | |
| 1200 | Axos 42438-42463 | 8/6/2020 | Email from Brear Brinker to David Park, John Tolla and Joel Kodish and cc to Manuel Cardoso re lender finance risk ratings | | |
| **1201** | **Axos 29763-29855** | **8/6/2020** | **ICR Mangagement Committee Packet** | | |
| 1202 | Axos 29761-29862 | 8/6/2020 | Email from Manuel Cardoso to John Tolla, Andy Micheletti, Eshel Bar-Adon, Skip Maniscalco, Brea Brinker, Waqqas Ahsan, Lisa Kiess, John Vargas and John Molnar and cc to Tom Constantine, Adrianne Santos, Angela Lopez, Joel Kodish, David Park, Michael O'Neal and John N. Cate re ICR Management Committee meeting | | |
| **1203** | **Axos 29586-29587** | **8/7/2020** | **Teams Chat between Lisa Kiess and Skip Maniscalco re Kiess' report** | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1204** | **Axos 29856-29862** | **8/7/2020** | **Executive Overview - Completed ICR Process Reviews, including Lender Finance** | | |
| 1205 | Axos 35346-35347 | 8/10/2020 | Email from Brear Brinker to David Park re review of Lender Finance Review | | |
| 1206 | Axos 42498-42500 | 8/11/2020 | Email from Brear Brinker to Robert Martini re warehouse lending policy | | |
| **1207** | **Axos 48525-48555** | **8/13/2020** | **Email from Brear Brinker to Brear Brinker's personal email address re emailing report for printing at home** | | |
| 1208 | Axos 26932 | 8/13/2020 | Email from Tom Constantine to John Cate re potential position for Brear Brinker | | |
| **1209** | **Axos 38441-38444** | **8/13/2020** | **CICR draft agenda** | | |
| 1210 | Axos 40626-40656 | 8/26/2020 | Email from John Tolla to Manuel Cardoso and Brear Brinker re edits to the Lender Finance Review | | |
| 1211 | Axos 40657-40658 | 8/26/2020 | Email from John Tolla to Brear Brinker and Manuel Cardoso re edits to the Lender Finance Review | | |
| 1212 | Axos 49712-49937 | 8/28/2020 | Email from Matthew Holdaway to Andy Micheletti, Tom Constantine, Jim Thomas, John Tolla, Derrick Walsh, Manuel Cardoso, Mikael Rosenberger, Lipeng Li, James Knight, David Park, Marc Kantor, Arthur Pannell, Anthony Bowers and Angela Lopez re August 28, 2020 Covid Downturn Response Actions - Credit Risk | | |
| 1213 | Axos 14072-14077 | 9/1/2020 | Email from Shane Brengle to Brear Brinker re Umberto Cannarsa’s TRO | | |
| 1214 | Axos 7175-7177 | 9/1/2020 | Email from Brear Brinker to Shane Brengle re kids unsafe with Umberto Cannarsa | | |
| 1215 | Axos 18626-18633 | 9/7/2020 | Email from Brear Brinker to John Cate re potential new role in CCL | | |
| 1216 | Axos 18634-18635 | 9/8/2020 | Email from Brear Brinker to David Park and cc to John Cate re exploring opportunities in C&I | | |
| 1217 | Axos 18636-18637 | 9/8/2020 | Email from Brear Brinker to John Cate re potential creation of role in CCL | | |
| **1218** | **Axos 49938-50762** | **9/9/2020** | **CICR meeting packet** | | |
| 1219 | Axos 27087 | 9/9/2020 | Email from John Tolla to Manuel Cardoso re Brinker presenting at the CICR meeting | | |
| **1220** | **Axos 49335-49417** | **9/9/2020** | **Email from Brear Brinker to Brear Brinker's personal email address re emailing reports for printing at home** | | |
| 1221 | Axos 27864-27906 | 9/9/2020 | CICR meeting packet | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1222 | Axos 19676 | 9/9/2020 | Email invite from David Park to Brear Brinker re setting up a "Catch-up" | | |
| 1223 | Axos 36194-36196 | 9/10/2020 | Teams Chat between John Tolla and Brear Brinker re Tolla inviting Brinker to present at the CICR meeting | | |
| 1224 | Axos 29873-29907 | 9/10/2020 | Email from Brear Brinker to David Park, Joel Kodish, Tom Constantine, Raymond Matsumoto, Michael O'Neal and Julie Fairchild, and cc to John Tolla, Andy Micheletti, John N. Cate, Manuel Cardoso, John Vargas, John Molnar and Skip Maniscalco re final Lender Finance ICR Process Review | | |
| 1225 | Axos 33838-33839 | 9/10/2020 | Email from Manuel Cardoso to John Tolla and Brear Brinker and cc to Mikael Rosenberger re Lender Finance tool | | |
| 1226 | Axos 52979-52985 | 9/10/2020 | Executive Overview - Completed ICR Process Reviews for Lender Finance | | |
| 1227 | Axos 20091-20093 | 9/11/2020 | Email from John Cate to David Park re finding or creating a new role for Brinker | | |
| 1228 | Axos 36238-36239 | 9/21/2020 | Teams chat between Manuel Cardoso and John Tolla re Brear Brinker looking for another position | | |
| 1229 | Brinker 10033-10034 | 9/24/2020 | Messages between Brear Brinker and Jay Toluba re Tolla being a great guy | | |
| 1230 | Axos 49222-49223 | 9/30/2020 | Email from Manuel Cardoso to Mary Ellen Ciafardini and cc to John Tolla re Brinker's employment concerns | | |
| 1231 | Axos 18706-18707 | 9/30/2020 | Email from John Tolla to Brear Brinker and cc to Manuel Cardoso re Brinker's employment concerns | | |
| 1232 | Axos 27530-27531 | 10/1/2020 | Email from Manuel Cardoso to John Tolla re Brinker's apology note | | |
| 1233 | Axos 27532-27533 | 10/1/2020 | Email from Manuel Cardoso to John Tolla re Brinker's apology note (lighter version) | | |
| 1234 | Axos 14705-14708 | 10/1/2020 | Email from David Park to Brear Brinker re efforts to reorganize the bank and potential role for Brinker | | |
| 1235 | Axos 49180-49182 | 10/1/2020 | Email from David Park to Mary Ellen Ciafardini re timing on potential new role amid reorganization | | |
| **1236** | **Axos 4017-4026** | **10/2/2020** | **Brear Brinker's Call Center Report** | | |
| 1237 | Axos 19681 | 10/5/2020 | Email from Mary Ellen Ciafardini to Brear Brinker re meeting re Brinker's complaint | | |
| 1238 | Axos 18669 | 10/5/2020 | Email from Brear Brinker to Mary Ellen Ciafardini re accepting meeting invite re Brinker's complaint | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1239** | **Axos 27534-27546** | **10/5/2020** | **Brear Brinker's Interview Transcript with Mary Ellen Ciafardini** | | |
| 1240 | Axos 27086 | 10/6/2020 | Email from John Tolla to Manuel Cardoso re Brinker declining her promotion | | |
| 1241 | Axos 26369-26271 | 10/7/2020 | Email from Brear Brinker to Mary Ellen Ciafardini and bcc to Brear Brinker's personal email address re follow-up after meeting | | |
| 1242 | Axos 37711-37716 | 10/7/2020 | Email from Skip Maniscalco to Robert Martini and cc to Brear Brinker re warehouse lending exception reporting | | |
| 1243 | Axos 18670-18714 | 10/8/2020 | Email from Brear Brinker to Mary Ellen Ciafardini and bcc to Brear Brinker's personal email address re documentation set #1 supporting Brinker's complaint | | |
| **1244** | **Axos 49208-49209** | **10/9/2020** | **Teams Chat between Manuel Cardoso and Randal Helm re correct permissions for MAP risk assessments** | | |
| **1245** | **Axos 49131-49141** | **10/9/2020** | **Email from Brear Brinker to Manuel Cardoso and cc to John Tolla re ERM Risk Mapping in Archer** | | |
| **1246** | **Axos 49210-49213** | **10/9/2020** | **Teams Chat between Manuel Cardoso and Randal Helm re access list for MAP risk assessments** | | |
| 1247 | Axos 49142-49143 | 10/11/2020 | Email from Brear Brinker to John Tolla and cc to Manuel Cardoso re connecting ERM Risk Mapping in Archer | | |
| 1248 | Axos 26372-26374 | 10/12/2020 | Email from Brear Brinker to Mary Ellen Ciafardini and bcc to Brear Brinker's personal email address re Cardoso disconnecting LinkedIn relationship | | |
| **1249** | **Axos 5223-5228** | **10/15/2020** | **Management Directive 2460: Privacy Management Directive** | | |
| 1250 | Axos 15066-15088 | 10/16/2020 | Email from Brear Brinker to Mary Ellen Ciafardini and bcc to Brear Brinker's personal email address re documentation set #2 supporting Brinker's complaint | | |
| 1251 | Axos 14747-14752 | 10/16/2020 | Email from David Park to Brear Brinker re being prudent and thoughtful about reorganization | | |
| 1252 | Axos 26804-26841 | 10/27/2020 | Email from Brear Brinker to Mary Ellen Ciafardini and bcc to Brear Brinker's personal email address re documentation set #3 supporting Brinker's complaint | | |
| 1253 | Axos 14767-14770 | 10/27/2020 | Email from John Cate to Brear Brinker re timing of reorganization and staffing changes | | |
| 1254 | Axos 26840-26841 | 10/27/2020 | Brinker's Internal Job Pursuits | | |
| 1255 | Axos 51781-51802 | 10/29/2020 | Axos Financial, Inc. First Quarter 2021 Earnings Results Conference Call Transcript | | |
| 1256 | Axos 19690 | 11/3/2020 | Email from Mary Ellen Ciafardini to Brear Brinker re meeting re Brinker's complaint | | |
| 1257 | Axos 18837 | 11/3/2020 | Email from Brear Brinker to Mary Ellen Ciafardini re accepting meeting invite re Brinker's complaint | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1258 | Axos 14784-14785 | 11/5/2020 | Email from Mary Ellen Ciafardini to Brear Brinker re meeting re Brinker's complaint | | |
| 1259 | Axos 30008-30010 | 11/6/2020 | Email from Lisa Kiess to Manuel Cardoso, John Vargas, Waqqas Ahsan, Brear Brinker and Skip Maniscalco re updates to ICR Manual | | |
| **1260** | **Axos 5321-5329** | **11/13/2020** | **Vendor Management Program Policy** | | |
| **1261** | **Axos 5946-5951** | **11/17/2020** | **Policy Statement 7110: Independent Credit Review Policy** | | |
| 1262 | Axos 35621-35624 | 11/17/2020 | Independent Credit Review Management Committee Charter | | |
| **1263** | **Axos 30859-30865** | **11/18/2020** | **Email from Brear Brinker to Skip Maniscalco re Maniscalco's skills** | | |
| **1264** | **Axos 30866-30869** | **11/20/2020** | **Brinker assisting with training the DiCom loan review system.** | | |
| **1265** | **Axos 36672-36674** | **11/30/2020** | **Teams Chat between Brear Brinker and Waqqas Ahsan re Archer** | | |
| **1266** | **Axos 46667-4668** | **11/30/2020** | **Email from Adrianne Santos to Brear Brinker and cc to Carl Printer re DiCom** | | |
| **1267** | **Axos 36231-36235** | **11/30/2020** | **Teams Chat between John Tolla and Manuel Cardoso re Brinker's delays** | | |
| 1268 | Brinker 7665-7690 | 12/2/2020 | Findings and Order After July 15, 2020 Hearing re disputes between Brear Brinker and Umberto Cannarsa | | |
| **1269** | **Axos 48040-48041** | **12/3/2020** | **Offer Letter to Lisa Kiess re Product Risk Review Officer** | | |
| **1270** | **Axos 54592-54594** | **12/3/2020** | **Email from John Tolla to Mikael Rosenberger** | | |
| **1271** | **Axos 54366-54414** | **12/3/2020** | **Email from Fred Cabrera to John Tolla re potentially outsourcing to Cabrera & Associates, Inc.** | | |
| **1272** | **Axos 54599-54600** | **12/3/2020** | **Email from John Tolla to Mikael Rosenberger re outsourcing to supplement workforce gaps** | | |
| **1273** | **Axos 54595** | **12/3/2020** | **Email from John Tolla to Fred Cabrera re engagement agreement** | | |
| **1274** | **Axos 54292-54293** | **12/4/2020** | **Meeting notice from Crowe to Cardoso regarding “Credit Review”** | | |
| **1275** | **Axos 54294-54299** | **12/4/2020** | **Email from Giulio Camerini to Manuel Cardoso re potentially outsourcing to Crowe** | | |
| **1276** | **Axos 54331-54348** | **12/4/2020** | **Email from Manuel Cardoso to John Tolla re expense of KPMG proposal** | | |
| **1277** | **Axos 54349-54363** | **12/5/2020** | **Email from Devin Abell to Manuel Cardoso and cc to Brett Hayes re KPMG updated proposal** | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1278 | Axos 5481-5503 | 12/7/2020 | Crowe Loan Review Proposal | | |
| 1279 | Axos 36205-36207 | 12/7/2020 | Teams Chat between Manuel Cardoso and Mikael Rosenberger re vendor engagement of Cabrera & Associates, Inc. | | |
| 1280 | Axos 36220-36221 | 12/7/2020 | Teams Chat between John Tolla and Manuel Cardoso re Lisa Kiess role change | | |
| 1281 | Axos 54513-54517 | 12/7/2020 | Email from John Tolla to Manuel Cardoso re VCMF | | |
| 1282 | Axos 55158-55166 | 12/7/2020 | Email from John Tolla to Arthur Pannell and Joshua Tennant and cc to Mikael Rosenberger and Manuel Cardoso re Cabrera engagement agreement | | |
| 1283 | Axos 8455-8463 | 12/8/2020 | Email from Joshua Tenant to Andy Micheletti, Jan Durrans, Tom Constantine, Mary Ellen Ciafardini, Brian Swanson, Eshel Bar-Adon and Raymond Matsumoto and cc to John Tolla and Manuel Cardoso re VCMF Presentation on Cabrera & Associates, Inc. | | |
| 1284 | Axos 36734-36736 | 12/8/2020 | Teams Chat between Brear Brinker and Waqqas Ahsan re ICR personnel | | |
| 1285 | Axos 7288-7295 | 12/8/2020 | Email from Brear Brinker to Brear Brinker's personal email address re follow-up after investigation | | |
| 1286 | Axos 55140-55148 | 12/8/2020 | Email from John Tolla to Arthur Pannell and Joshua Tennant and cc to Mikael Rosenberger and Manuel Cardoso re Cabrera engagement agreement | | |
| 1287 | Axos 8464-8473 | 12/9/2020 | Email from Joshua Tenant to Andy Micheletti, Jan Durrans, Tom Constantine, Mary Ellen Ciafardini, Brian Swanson, Eshel Bar-Adon and Raymond Matsumoto and cc to John Tolla and Manuel Cardoso re revised VCMF Presentation on Cabrera & Associates, Inc. | | |
| 1288 | Axos 36168-36171 | 12/9/2020 | Teams Chat between John Tolla and Skip Maniscalco re Cabrera & Associates, Inc. | | |
| 1289 | Axos 36186-36188 | 12/9/2020 | Teams Chat between Brear Brinker and John Tolla re ICR missing deadlines | | |
| 1290 | Axos 36265-36266 | 12/9/2020 | Teams Chat between Joshua Tenant and Manuel Cardoso re potential severance | | |
| 1291 | Axos 36878-36884 | 12/9/2020 | Teams Chat between Brear Brinker and Skip Maniscalco re outsourcing | | |
| 1292 | Axos 54323-54330 | 12/11/2020 | Email from Manuel Cardoso to Devin Abell and cc to Brett Hayes re potentially outsourcing to KPMG | | |
| 1293 | Axos 57734 | 12/11/2020 | Axos Bank's ERM Review of Cabrera & Associates, Inc. | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1294** | **Axos 30132-31034** | **12/11/2020** | **Email from Brear Brinker to Skip Maniscalco re Maniscalco being a credit guru** | | |
| 1295 | Axos 49154-49164 | 12/11/2020 | Email from Brear Brinker to John Tolla, Skip Maniscalco and Manuel Cardoso re draft SFR Warehouse Lending ICR Review | | |
| **1296** | **Axos 5467-5480** | **12/13/2020** | **KPMG Independent Credit Review Services Proposal** | | |
| **1297** | **Axos 36174-36175** | **12/14/2020** | **Teams Chat between John Tolla and Joshua Tenant re formal procurement approval for Cabrera & Associates, Inc.** | | |
| **1298** | **Axos 54538-54566** | **12/14/2020** | **Email from John Tolla to Jan Durrans and cc to Procurement re Cabrera & Associates, Inc. contract** | | |
| **1299** | **Axos 54736-54755** | **12/14/2020** | **Email from Joshua Tennant to John Tolla and Fred Cabrera and cc to Mikael Rosenberger, Manuel Cardoso and Procurement re fully executed agreement** | | |
| 1300 | Axos 7310-7318: | 12/22/2020 | Email from Brear Brinker to Shane Brengle re Umberto asking to dismiss the no contact order between Erin and Brinker’s kids | | |
| **1301** | **Axos 36117-36119** | **12/23/2020** | **Teams Chat between Brear Brinker, John Tolla and Skip Maniscalco re deficient and late ICR reports** | | |
| **1302** | **Axos 21339-21382** | **12/23/2020** | **ICR’s observations and comments regarding Axos’ Warehouse Lending Department taken and retained by Brinker** | | |
| **1303** | **Axos 24125-24161** | **12/24/2020** | **Email from Brear Brinker to Brear Brinker's personal email address re attaching WLD Report for printing at home** | | |
| 1304 | Axos 31707-31715 | 12/29/2020 | Email from Tom Constantine to Erik Bowen and CC to Karl Maes re opportunities for Brinker in CRESL | | |
| **1305** | **Axos 4053-4061** | **1/5/2021** | **Proposed Settlement Agreement and General Release for Brear Brinker** | | |
| **1306** | **Axos 4070-4071** | **1/5/2021** | **Letter from Andy Trani to Brear Brinker re Termination of Employment** | | |
| **1307** | **Axos 55734-55738 and 53011-53027** | **1/5/2021** | **Email from John Tolla to Eshel Bar-Adon re forwarding Brinker email** | | |
| **1308** | **Axos 44587-44618** | **1/5/2021** | **Email from John Tolla to Skip Maniscalco and Brear Brinker and cc to Manuel Cardoso re final ICR Process Review - SFR Warehouse Lending** | | |
| 1309 | Axos 27594 | 1/5/2021 | Email from Brear Brinker to Skip Maniscalco re Warehouse Lending Report | | |
| 1310 | Axos 30561-30584 | 1/5/2021 | Email from Skip Maniscalco to Brear Brinker re SFR Warehouse Lending Report | | |
| **1311** | **Axos 4046-4047** | **1/12/2021** | **Letter from Nicole Geske to Brear Brinker re Brinker's breach of duties and demand to cease and desist** | | |
| **1312** | **Axos 20114-20201** | **1/14/2021** | **Executive Overview - ICR Testing in CT 2020 Submitted by John Tolla** | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1313 | Brinker 4797-4812 | 2/5/2021 | Axos Bank's Demand for Arbitration | | |
| 1314 | Axos 4052 | 2/23/2021 | OSHA Case Activity Worksheet | | |
| 1315 | Axos 4027-4031 | 2/23/2021 | OSHA Whistleblower Online Complaint | | |
| **1316** | **Axos 5270-5279** | **2/24/2021** | **Policy Statement 2450: Security Policy** | | |
| **1317** | **Brinker 10035-10036** | **3/14/2021** | **Messages between Brear Brinker and Nicholas Hoegler re Hoegler's departure** | | |
| **1318** | **Axos 49254-49257** | **3/30/2021** | **Email from Brian S. Morgan to Polly Towill and Heather Plocky re notifying Axos that Brinker had filed an OSHA Complaint and that OSHA had dismissed the Complaint** | | |
| **1319** | **Axos 4049-4051** | **3/30/2021** | **Letter from Ryan Himes to Brear Brinker re dismissing Brinker's OSHA Complaint** | | |
| 1320 | Brinker 7821-7839 | 4/2/2021 | Notice of Hearing filed by Respondent Brear Brinker for Brinker's request to change spousal support | | |
| 1321 | Rocha 54 | 6/9/2021 | $20,000 check written to Brear Brinker from the Brinker 1989 Family Trust | | |
| 1322 | Brinker 9791-9792 | 6/24/2021 | Posting of the $20,000 check written to Brear Brinker from the Brinker 1989 Family Trust | | |
| 1323 | Brinker 7880-7882 | 9/28/2021 | Respondent Brear Brinker's Declaration in Opposition to Motion to Modify Spousal Support and Child Support | | |
| **1324** | **Axos 3894-3904** | **10/19/2021** | **IntelliCredit Independent External Loan Reviews Revised Proposal** | | |
| **1325** | **Axos 3905-3928** | **10/22/2021** | **Crowe Loan Review Proposal** | | |
| 1326 | Brinker 8060-8073 | 10/31/2021 | Respondent Brear Brinker's Declaration and Brief re custody and spousal support issues | | |
| **1327** | **Axos 4039-4045** | **11/12/2021** | **VCMF Presentation on IntelliCredit** | | |
| **1328** | **Axos 44642-44322** | **12/1/2021** | **Email from Josh Smart to Tristin McCarty and cc to Manuel Cardoso re outsourcing to IntelliCredit or Crowe** | | |
| **1329** | **Axos 20208-20223** | **12/1/2021** | **IntelliCredit Independent External Loan Reviews Revised Proposal** | | |
| 1330 | Brinker 8341-8362 | 6/3/2022 | Brear Brinker Income and Expense Declaration | | |
| 1331 | Brinker 8318-8328 | 6/10/2022 | Respondent Brear Brinker's Trial Brief re Umberto Cannarsa | | |
| 1332 | Brinker 8282-8317 | 6/10/2022 | Brear Brinker's Notice of Intent to Lodge Documents re divorce proceedings | | |
| 1333 | Brinker 9790 | 6/15/2022 | $300,000 check written to Brear Brinker from the Brinker 1989 Family Trust | | |
| 1334 | Rocha 20-21 | 6/17/2022 | Posting of the $300,000 check written to Brear Brinker from the Brinker 1989 Family Trust | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1335** | **Brinker 8753-8764** | **9/6/2022** | **Offer Letter from First Republic Bank for Senior Credit Analyst** | | |
| 1336 | Brinker 8518-8519 | 9/13/2022 | Brear Brinker's Responsive Declaration to Request for Order re custody and spousal support issues | | |
| **1337** | **Brinker 8835-8841** | **11/9/2022** | **Brinker vocational evaluation** | | |
| **1338** | **Axos 20224-20239** | **1/18/2023** | **IntelliCredit Independent External Loan Reviews Revised Proposal** | | |
| **1339** | **Brinker 11162-11174** | **6/1/2023** | **JP Morgan Chase Offer Letter to Brear Brinker** | | |
| 1340 | | 11/21/2023 | Defendants' Answer and Axos Bank's Counterclaims Against Jennifer Brear Brinker | | |
| 1341 | | 3/15/2024 | Axos Bank's Responses and Objections to Plaintiff Jennifer Brear Brinker's Interrogatories, Set One | | |
| 1342 | | 3/15/2024 | Plaintiff Jennifer Brear Brinker's Responses and Objections to Defendant Axos Bank's Interrogatories, Set One | | |
| 1343 | | 5/8/2024 | Plaintiff Jennifer Brear Brinker's Responses and Objections to Defendant Axos Bank's Interrogatories, Set Two | | |
| 1344 | | 5/8/2024 | Plaintiff Jennifer Brear Brinker's Responses and Objections to Defendant Axos Bank's Requests for Admission, Set One | | |
| 1345 | | 5/13/2024 | Plaintiff Jennifer Brear Brinker's Supplemental Responses and Objections to Defendant Axos Bank's Interrogatories, Set One | | |
| 1346 | | 5/31/2024 | Axos Bank's Supplemental Responses and Objections to Plaintiff Jennifer Brear Brinker's Interrogatories, Set One | | |
| 1347 | | 5/31/2024 | Axos Bank's Responses and Objections to Plaintiff Jennifer Brear Brinker's Amended Interrogatories, Set One | | |
| 1348 | | 6/7/2024 | Plaintiff Jennifer Brear Brinker's Responses and Objections to Defendant Axos Bank's Amended Requests for Admission, Set One | | |
| 1349 | | 6/14/2024 | Declaration of Jennifer Brear Brinker In Support of Plaintiff's Motion to Compel Defendant Axos Bank's Further Responses | | |
| 1350 | | 6/28/2024 | Plaintiff Jennifer Brear Brinker's Responses and Objections to Defendant Axos Bank's Requests for Admission, Set Two | | |
| 1351 | | 7/1/2024 | Axos Bank's Responses and Objections to Plaintiff Jennifer Brear Brinker's Interrogatories, Set Two | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1352 | | 7/1/2024 | Axos Bank's Responses and Objections to Plaintiff Jennifer Brear Brinker's Interrogatories, Set Three | | |
| 1353 | | 7/1/2024 | Axos Bank's Responses and Objections to Plaintiff Jennifer Brear Brinker's Requests for Admission, Set One | | |
| 1354 | | 7/1/2024 | Plaintiff Jennifer Brear Brinker's Responses and Objections to Defendant Axos Bank's Interrogatories, Set Three | | |
| 1355 | | 7/8/2024 | Plaintiff Jennifer Brear Brinker's Supplemental Responses and Objections to Defendant Axos Bank's Interrogatories, Set Two | | |
| 1356 | | 7/8/2024 | Plaintiff Jennifer Brear Brinker's Supplemental Responses and Objections to Defendant Axos Bank's Requests for Admission, Set One and Amended Requests for Admission, Set One | | |
| 1357 | | 7/24/2024 | CFA Institute Letter, Exh.1 to Brinker Declaration in support of Opposition to Axos' MSJ (Dkt. 234-1, 234-2) | | |
| 1358 | | 9/2/2024 | Axos Bank's Supplemental Responses and Objections to Plaintiff Jennifer Brear Brinker's Interrogatories, Set Two | | |
| 1359 | | 9/2/2024 | Axos Bank's Supplemental Responses and Objections to Plaintiff Jennifer Brear Brinker's Interrogatories, Set Three | | |
| 1360 | | 9/2/2024 | Axos Bank's Supplemental Responses and Objections to Plaintiff Jennifer Brear Brinker's Requests for Admission, Set One | | |
| 1361 | | 9/3/2024 | Axos Bank's Further Supplemental Responses and Objections to Plaintiff Jennifer Brear Brinker's Requests for Admission, Set One | | |
| 1362 | | 9/7/2024 | Dr. Cohen's notes from Brear Brinker's Examination | | |
| 1363 | Cohen 164-170 | 9/7/2024 | Video Recording of Brear Brinker's Examination by Dr. Cohen | | |
| 1364 | | 9/11/2024 | Axos Bank's Responses and Objections to Plaintiff Jennifer Brear Brinker's Requests for Admission, Set Two | | |
| 1365 | | 9/16/2024 | Axos Bank's Further Supplemental Responses and Objections to Plaintiff Jennifer Brear Brinker's Interrogatories, Set Two | | |
| 1366 | | 9/16/2024 | Axos Bank's Further Supplemental Responses and Objections to Plaintiff Jennifer Brear Brinker's Interrogatories, Set Three | | |
| 1367 | | 10/23/2024 | Plaintiff Jennifer Brear Brinker's Further Supplemental Responses and Objections to Defendant Axos Bank's Interrogatories, Set Two | | |
| 1368 | | 10/25/2024 | Axos Bank's Further Supplemental Responses and Objections to Plaintiff Jennifer Brear Brinker's Interrogatories, Set Two | | |
| **1369** | **Abbott 956-959** | **11/4/2024** | **Email from Priscilla Hernandez to Brad Abbott and cc to Elliot Siegel, Robert King and Andres Garcia re counsel providing information to Abbott** | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| **1370** | **Abbott 954-955** | **11/11/2024** | **Email from Elliot Siegel to Brad Abbott and cc to Priscilla Hernandez, Robert King and Andres Garcia re Abbott requesting information and counsel providing assumptions** | | |
| **1371** | Brinker 11058-11059 | **11/15/2024** | **Brear Brinker's JP Morgan Chase Pay Statement** | | |
| 1372 | Abbott 1128-1289 | 11/19/2024 | Expert Report of Brad Abbott | | |
| 1373 | | 11/20/2024 | Expert Report of Dr. Marc Cohen, including Exhibits and Appendices | | |
| 1374 | | 12/3/2024 | Expert Report of Nicole Liska | | |
| 1375 | | 12/3/2024 | Expert Report of Emil Czechowski | | |
| 1376 | | 3/14/2025 | Declaration of Jennifer Brear Brinker In Support of Plaintiff and Cross-Defendant's Motion for Summary Judgment | | |
| 1377 | Axos 51961-51964 | | GRC Job Postings | | |
| **1378** | **Axos 49271-49272** | | **ICR Process Review Productivity Chart** | | |
| **1379** | **Axos 58580-58581** | | **Brinker DLP Incident Manager** | | |
| **1380** | **Axos 8839-8850** | | **ICR Board Reporting Procedure** | | |
| **1381** | **Axos 20413-20414** | | **BAM+ Printout re SAR taken and retained by Brinker** | | |
| **1382** | **Axos 58600-58615** | | **ActivTrac Screenshots of Brinker** | | |
| 1383 | Axos 27488 | | Manuel Cardoso Resume | | |
| 1384 | Axos 27489 | | Holly Hammons Resume | | |
| 1385 | Axos 27490-27491 | | Isabel Melendez Resume | | |
| 1386 | Axos 27492-27493 | | Shelley Leach Resume | | |
| 1387 | Axos 27495-27496 | | John Vargas Resume | | |
| 1388 | Axos 27501 | | Lisa Kiess Resume | | |
| 1389 | Axos 27443 | | Waqqas Ahsan Resume | | |
| 1390 | Axos 48042-48045 | | Skip Maniscalco's July 2019 Performance Review | | |
| 1391 | Axos 48046-48048 | | Skip Maniscalco's January 2020 Performance Review | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1392 | Axos 25573-25591 | | GRC Organizational Charts | | |
| **1393** | **Axos 4245-4246** | | **Brear Brinker Resume when hired** | | |
| 1394 | Axos 27080-27082 | | Skip Maniscalco's 2019 Total Rewards | | |
| 1395 | Axos 27077-27079 | | Brear Brinker's 2019 Total Rewards | | |
| 1396 | Axos 27083-27085 | | Isabel Melendez's 2019 Total Rewards | | |
| 1397 | Axos 27099-27100 | | Holly Hammons' 2019 Total Rewards | | |
| 1398 | Axos 36950-36955 | | Job Requisition Approval Form for First Vice President Independent Credit Review and Senior Independent Credit Review Officer | | |
| 1399 | Axos 58579 (native) | | June 2020 GRC Compensation | | |
| 1400 | Axos 27482-27483 | | Timothy A. Gillis Resume | | |
| 1401 | Axos 27484-27485 | | Jay Toluba Resume | | |
| 1402 | Axos 27486-27487 | | Kent A. McKay Resume | | |
| 1403 | Axos 52057-52060 | | Skip Maniscalco Resume | | |
| 1404 | Axos 36928-36931 | | Notice to Employee Skip Maniscalco re rate of pay | | |
| **1405** | **Micheletti 1-11** | | **Chart of Axos' damages and supporting documentation** | | |
| 1406 | Brinker 10045-10046 | | Message sent from Brear Brinker re post-Axos life | | |
| 1407 | Brinker 10380-10381 | | Brinker resume | | |
| **1408** | **Axos 20947-21002** | | **OCC MRA hard copy documents taken and retained by Brinker** | | |
| **1409** | **Axos 21855-21886** | | **Letter from the OCC taken and retained by Brinker** | | |
| 1410 | Brinker 9823 | | Brear Brinker's LinkedIn Messages | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1411 | Brinker 9930-10019 | | Text messages between Brear Brinker and Graziella Cannarsa | | |
| 1412 | Sparhawk 3-18 | | Brinker 1989 Family Trust Bank Statements | | |
| 1413 | Axos 52025-52040 | | Register of Actions for the Probate of the Estate of Sherron Ann Brinker | | |
| 1414 | Axos 52009-52024 | | Register of Actions for the Probate of the Estate of Michael P. Brinker | | |
| 1415 | Axos 51979-52008 | | Register of Actions for Brear Brinker’s Divorce | | |
| **1416** | **Axos 20252-24979** | | **Documents Brear Brinker maintained in her possession and refused to return to Axos (Deposition Exhibit 73)** | | |
| 1417 | Brinker 9315-9356 | | Text messages between Brear Brinker and Laura Brinker | | |
| 1418 | Axos 24052-24057 | | Tier Levels Across All BU's | | |
| 1419 | Pammenter 15-78 | | Dr. Pammenter's handwritten notes during Brear Brinker's sessions | | |
| 1420 | Rocha 15 | | Unemployment Compensation paid to Brear Brinker in 2021 | | |
| 1421 | Neighborhoodhealthcare 23-200 | | Progress Notes from appointments with Brear Brinker written by Allyson M. Prather, LMFT, Jatinder Kaur, MD, Suesan Pedersen, MD, Amanda Caparso, DO, Jason Reesor, DDS, Hasan Daoud, DDS and Christine Johnson, PMHNP | | |
| 1422 | Rhodes 1-403 | | Medical Records from Brear Brinker's appointments with Dr. Adam Rhodes at Scripps Health | | |
| 1423 | Abbott 927-928 | 2020 | Brear Brinker's Federal and State Income Tax Summary | | |
| 1424 | Brinker 9311-9314 | 2021 | Text messages between Brear Brinker and Laura Brinker | | |
| 1425 | Brinker 8748-8750 | 2021 | Brear Brinker's Form 1099 for 2021 from CEO Resources USA, LLC to Ballast Point Investments, LLC | | |
| 1426 | Brinker 8769-8773 | 2022 | Brear Brinker's 2022 First Republic W2 | | |
| 1427 | Rocha 72 | 2022 | Brear Brinker's 2022 House Sitting | | |
| 1428 | Brinker 8765-8766 | 2023 | Brear Brinker's 2023 First Republic W2 | | |
| 1429 | Brinker 8767-8768 | 2023 | Brear Brinker's 2023 JP Morgan Chase W2 | | |
| 1430 | Brinker 8813 | 2023 | Brear Brinker's 2023 JP Morgan Chase Total Compensation | | |

| TRIAL EX. | BATES STAMP | DATE | DESCRIPTION | DATE MARKED | DATE ADMITTED |
|---|---|---|---|---|---|
| 1431 | Brinker 11052-11053 | 2024 | Brear Brinker's 2024 JP Morgan Chase Compensation | | |