Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Robert J. King (Bar No. 302545)
robert@kingsiegel.com
**KING & SIEGEL LLP**
601 University Avenue, Suite 275
Sacramento, CA 95825

Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
Priscilla Hernandez (Bar No. 334997)
priscilla@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Ste. 201
Los Angeles, CA 90014
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Plaintiff
Jennifer Brear Brinker

King & Siegel LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**Jennifer Brear Brinker**,

Plaintiff,

v.

**AXOS Bank**,
Defendant.

**AXOS Bank**,

Counterclaimant,

v.

**Jennifer Brear Brinker**,
Counterclaim Defendant.

CASE NO.: 3:22-cv-00386-MMA-DDL

Hon. Benjamin J. Cheeks
Schwartz Courthouse, Courtroom 3A

Magistrate Judge David D. Leshner

**ATTACHMENT E UNDISPUTED FACTS**

Action Filed: March 21, 2022

King & Siegel LLP

# STIPULATED FACTS

1. On October 1, 2018, Ms. Brinker began working as a Senior Independent Credit Review ("ICR") Officer at Axos Bank in the Governance Risk and Compliance Group.
2. As an ICR Officer, Ms. Brinker had access to Axos' confidential information, including confidential customer information, confidential bank information, and OCC regulatory information, among others.
3. As a condition of her employment, Ms. Brinker signed an Employee Confidentiality, Non-Disclosure, and Non-Recruitment Agreement on October 1, 2018.
4. Ms. Brinker signed the "Employee Acknowledgement and Agreement" regarding the Employee Handbook, the "Employee Acknowledgement of Receipt of Master Policy on Ethics and Professional Integrity," the "Employee Acknowledgement of Receipt of Information Security Policy (GLBA)," the "Employee Acknowledgement of Receipt of IT Security Computer Acceptable Use Policy" and the "Employee Acknowledgement of Receipt of Information Security Policy" on or around October 1, 2018.
5. From the date of Ms. Brinker's hire to the date of her termination, Axos Bank was Ms. Brinker's employer under both California and Federal law.
6. The purpose of the ICR department was to monitor, test, evaluate and report on the adequacy of loan origination and credit administration practices in order to ensure that asset quality and credit risk were effectively and regularly measured, monitored, managed and reported.
7. ICR officers analyzed the credit risk of the Bank's various portfolios and generated reports with analyses and findings.
8. Manuel Cardoso was responsible for overseeing the ICR department starting in 2018, and was Ms. Brinker's direct supervisor during her tenure at the Bank.

9. During her tenure, Ms. Brinker completed five ICR reviews in the following order: Correspondent Lending ("CL"), Equipment Finance, Warehouse Lending, Lender Finance and SFR Warehouse.

10. John Tolla is the Bank's Executive Vice President, Chief Governance, Risk and Compliance ("GRC") Officer. Tolla is responsible for managing the Bank's overall risk management and compliance programs, including enterprise risk management, consumer and lending compliance, bank secrecy act/anti-money laundering, third party risk and credit risk management functions.

11. Ms. Brinker raised concerns about underwriting failures, the Bank's failure to follow "Know Your Customer" guidelines, inaccuracies in the Bank's risk rating systems, the Bank's failure in monitoring loan covenants, and the Bank's failure in establishing a contingency plan for one of their clients.

12. Tom Constantine, the Bank' Chief Credit Officer, had several conversations with Tolla regarding outsourcing the ICR department, including one in mid-2018 and another at the end of 2020.

13. On October 2, 2020, Ms. Brinker called the Bank's Reporting Hotline.

14. On October 5, 2020, Ms. Brinker was interviewed by the Executive Vice President of Human Resources, Mary Ellen Ciafardini.

15. Ms. Brinker was terminated on January 5, 2021.

16. On February 5, 2021, Axos initiated an arbitration against Ms. Brinker, alleging four causes of action: Breach of Contract, Conversion, Trespass to Chattels, and Breach of the Duty of Loyalty because of Ms. Brinker's alleged removal and retention of Axos' confidential information. After Ms. Brinker initiated this action, Axos filed Counterclaims based on Ms. Brinker's conduct.

17. Ms. Brinker filed her initial OSHA complaint on February 23, 2021.