Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Robert J. King (Bar No. 302545)
robert@kingsiegel.com
**KING & SIEGEL LLP**
601 University Avenue, Suite 275
Sacramento, CA 95825

Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Ste. 201
Los Angeles, CA 90014
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Plaintiff
Jennifer Brear Brinker

King & Siegel LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jennifer Brear Brinker**,<br>Plaintiff,<br><br>v.<br><br>**AXOS Bank**,<br>Defendant. | CASE NO.: 3:22-cv-00386-MMA-DDL<br><br>Hon. Benjamin J. Cheeks<br>Schwartz Courthouse, Courtroom 3A<br><br>Magistrate Judge David D. Leshner |
| **AXOS Bank**,<br>Counterclaimant,<br><br>v.<br><br>**Jennifer Brear Brinker**,<br>Counterclaim Defendant. | **PLAINTIFF AND COUNTERCLAIM DEFENDANT'S DEPOSITION DESIGNATIONS**<br><br>Pretrial Conference: March 12, 2026<br>Time: 10:30 a.m.<br>Courtroom 3A<br><br>Action Filed: March 21, 2022 |

King & Siegel LLP

Plaintiff and Counterclaim Defendant Jennifer Brear Brinker hereby submits her designated list of deposition testimony for use at trial.

| Witness | Citations |
|---|---|
| John Tolla (Individual) | 7:15-9:9; 10:11-11:23; 12:7-13:3; 14:7-17:22; 19:6-20:11; 21:12-31:6; 32:6-34:22; 59:13-71:9; 71:19-74:8; 76:15-79:1; 79:25-81:4; 81:14-85:5; 87:1-88:24; 91:21-93:3; 93:15-94:9; 94:14-102:23; 103:23-106:25; 107:20-109:8; 109:16-111:7; 114:16-118:5; 119:20-120:23; 127:17-134:5; 135:8-137:25; 144:10-148:8 |
| John Tolla (Individual Confidential Designation) | 34:23-37:23; 39:17-43:16; 44:7-57:5 |
| John Tolla 30(b)(6) | 10:17-12:16; 14:21-15:25; 18:4-23; 23:1-25:18; 31:25-33:23; 36:3-5; 37:1-8; 39:13-41:19; 43:2-45:15; 50:10-60:1; 60:15-62:5; 63:6-18; 67:21-69:19; 71:14-73:12; 73:24-74:16; 76:5-80:17; 81:8-17; 82:8-92:21; 94:1-99:22; 100:14-102:25; 105:9-106:9; 109:7-115:3; 118:5-126:14; 127:2-131:3; 137:14-139:13; 139:16-145:22; 146:7-152:22; 156:20-164:12; 164:15-166:24; 167:21-174:16; 176:25-176:5; 177:13-180:22 |
| John Tolla 30(c)(b) | 7:24-10:20; 15:7-18:5; 19:20-20:24; 22:4-9; 22:20-23:21; 24:24-25:7; 26:2-5; 26:12-29:24; 30:8-31:11; 41:21-42:12; 42:16-44:6; 44:20-46:1; 54:14-56:9; 58:2-59:21; 63:13-70:2; 73:4-77:19; 78:9-81:23; 82:12-89:4; 91:6-92:7; 92:24-113:22; 119:24-120:16; 121:16-123:16; 126:17-128:4; 128:16-129:8; 134:10-135:8; 135:19-141:13; 142:12- |

| | |
|---|---|
| | 158:20; 159:18-162:22; 163:7-164:5; 165:3-166:1; 166:8-167:1; 167:23-168:20; 169:17-172:7; 175:13-176:3; 178:21-180:6 |
| Eshel Bar-Adon 09-05-2024 Deposition | 7:12-20; 10:20-11:25; 15:5-13; 15:23-18:14; 20:7-21:11; 21:19-25:18; 28:10-18; 28:23-29:20; 33:13-34:17; 39:7-41:2; 41:17-20; 43:1-45:11 |
| Eshel Bar-Adon 10-21-2024 Deposition | 8:20-11:25; 12:8-14; 13:16-25; 14:17-15:18; 19:11-15; 23:5-19; 27:14-29:24; 30:2-8; 31:8-32:6; 33:1-24; 41:14-42:5; 44:15-46:6; 47:21-48:12; 50:4-51:5; 54:1-55:7; 56:3-57:25; 59:1-60:23; 61:12-16; 62:17-65:14; 69:20-70:9; 78:3-80:1; 82:3-91:13; 92:4-93:19; 94:16-100:4; 100:14-102:2; 102:13-22; 104:10-110:22; 122:19-22; 125:9-126:3 |
| Eshel Bar-Adon 11-15-2024 Deposition | 139:8-14; 146:11-148:21; 149:5-155:3; 155:20-182:7; 183:11-25 |
| Mary-Ellen Ciafardini (Confidential Designation) | 7:16-8:4; 10:4-22; 12:25-14:3; 14:19-22; 15: 4-18:3; 18: 8-24; 19:1-3; 21:25-23:14; 25:7-19; 26:13-28:8; 30:13-31:19; 33:11-34:2; 34:24-38:13; 40:8-41:3; 43:11-44:11; 45:1-46:16; 49:23-51:16; 52:11-54:16; 54:21-55:4; 55:13-56:24; 57:24-60:6; 61:6-62:15; 64:5-65:25; 73:20-75:3; 75:22-77:25; 82:6-84:22; 85:7-86:21; 87:23-95:25; 96:5-98:4; 98:18-100:20; 102:10-108:14; 116:22-118:24; 120:17-124:25; 126:15-129:14; 145:4-146:21; 150:24-153:25; 155:9-22; 156:3-157:17; 161:8-16; 164:5-166:11; 168:15-20; 175:23-181:4; 181:23-183:9; 186:14-187:2 |
| Barbara Foster | 11:7-15:20, 19:20-20:8, 20:25-21:6, 22:5-24:19, 25:23-27:3, 28:10-31:7, 31:24-33:3, 35:3-21, 38:16-21, 39:9-18, 41:6- |



King & Siegel LLP

| | |
|---|---|
| | 23, 45:2-17, 46:6-47:22, 50:3-8, 51:7-52:10, 52:22-53:4, 54:6-11, 56:16-57:10, 58:7-19, 63:18-23, 66:18-67:9, 72:3-8, 67:24-69:10, 70:10-71:3, 72:13-74:10, 74:20-76:19, 76:24-77:4, 77:19-22, 80:15-25 |
| John Vargas | 9:15-10:15, 15:4-16:25, 19:6-30:7, 30:13-34:14, 35:14-46:6, 52:1-54:12, 60:19-68:6, 75:3-76:3, 76:20-82:1, 82:2-85:3, 87:25-88:24, 96:21-97:6, 97:10-98:15, 99:22-101:18, 104:6-106:15 |
| Holly Jamison | 12:5-23, 15:5-7, 15:16-16:11, 18:2-10, 21:19- 25:2, 25:4-30:4, 31:1-25, 32:7-22, 33:23-36:25, 37:2-39:5, 39:12-46:8, 46:9-50:11, 51:12-59:16, 59:24-60:13, 60:14-62:24, 66:11-68:6, 71:21-75:4, 75:6-78:17, 78:18-79:20, 81:17-84:10, 85:22-86:2, 87:5-92:13, 92:25-93:12, 94:21-96:23, 96:24-98:18, 99:14-108:22, 109:8-110:16, 110:22-112:11, 114:3-115:2, 115:5-123:11, 123:25-125:6, 125:15-127:15, 128:3-132:21, 133:13-135:13, 135:21-137:23, 138:3-145:19, 145:20-146:2, 146:20-148:6, 148:8-149:23, 150:3-152:3, 152:18-155:14, 156:20-161:23, 162:11-163:3, 163:10-166:14, 169:19-181:25, 182:16-185:13, 187:1-188:6, 190:22-196:12, 199:17-21, 204:12-205:6, 206:1-13, 209:13-24, 211:13-212:14, 214:1-13, 216:23-218:11, 218:18-23, 221:20-222:6, 223:3-224:6, 230:3-233:2, 236:13-22, 243:2-244:1, 245:18-22, 246:1-5, 246:14-250:8, 250:16-252:25, 254:13-258:9, 261:15-266:6, 267:22-268:13, 269:7-20, 270:17-19, 276:6-280:7, 282:4-14, 284:2-22, 285:21-25, 286:7-14, 290:1-23, 294:15-295:17, 296:15-297:9, 297:10-21, 297:25-298:23, 299:5-15, 300:10-301:7. |

King & Siegel LLP

| | |
|---|---|
| Waqqas Ahsan | 11:10-28:8, 28:9-29:11, 30:3-33:7, 34:20-38:17, 39:2-43:14, 44:1-45:8, 45:23-49:17, 53:14-55:6, 55:7-58:11, 62:8-63:20, 64:19-67:20, 68:1-71:13, 71:20-76:5, 76:10-79:23, 80:12-82:14, 82:19-84:12, 85:22-88:15, 88:16-93:10, 93:11-103:15, 103:16-107:12, 109:22-115:9, 131:20-136:8, 147:12-157:13, 166:9-168:20, 171:11-172:25, 180:21-184:24, 194:24-196:18, 199:20-209:22, 216:5-217:14, 217:24-218:12, 218:13-222:3, 222:2-225:19, 228:25-237:12, 237:16-240:12, 240:16-241:16, 244:15-245:11, 245:15-250:10 |
| David Park | 13:2-16:19, 17:1-24, 19:8-25:7, 26:21-31:15, 32:1-33:16, 42:11-46:7, 46:8-48:22, 70:22-73:15, 112:22-113:25, 127:22-133:1, 134:19-139:9, 139:11-140:20, 142:21-145:14, 145:24-148:5 |
| Dr. Marc Cohen Vol. I | 11:17-12:6; 19:18-20:19; 22:18-25; 34:17-35:24; 57:7-58:13; 60:5-61:19; 65:4-70:10; 70:21-72:16; 72:21-75:4; 79:6-82:16; 86-88:4; 89:14-91:15; 105:24-107:5; 110:15-23; 111:3-113:18; 114:10-118:9; 119:5-123:11; 128:24-131:18; 132:14-134:21; 135:13-136:24; 139:3-140:2; 141:16-142:4; 143:10-144:11; 144:21-145:7; 154:8-155:22; 158:8-159:2; 162:22-164:1; 170:11-171:22; 173:8-176:4; 177:2-179:1; 182:10-183:25; 185:11-186:16; 194:5-195:17; 196:8-197:10; 197:25-198:4; 201:19-202:23; 203:18-204:6; 204:15-205:18; 210:19-213:9; 213:17-215:18; 220:11-222:18; 248:18-250:19; 255:21-256:14; 258:21-259:16; 265:16-166:1; 274:22-277:4 |
| Dr. Marc Cohen | 290:17-24; 292:21-296:13; 297:13-299:3; 314:25-316:20; |

King & Siegel LLP

| | |
|---|---|
| Vol. II | 318:8-13; 323:7-324:3; 325:5-327:8 |
| Thomas Constantine | 15:4-19; 33:21-36:19; 39:1-20; 41:13-42:14; 46:11-25; 55:11-60:4; 61:5-63:11; 65:8-66:9; 66:24-82:21; 83:2-84:10; 88:18-90:25; 110-157:17; 158:9-185:11; 200:11-202:16; 203:1-230:7 |
| Manuel Cardoso | 9:22-10:2; 10:6-19; 11:14-12:3; 14:2-15:14; 16:14-25; 21:1-22:24; 28:3-32:24; 34:7-53:10; 54:10-80:15; 82:19-91:1; 92:18-94:11; 96:3-110:25; 121:8-143:1; 144:12-149:21; 150:5-163:25; 164:11-175:24; 176:9-205:2; 205:6-221:7; 225:23-232:3; 234:12-241:3 |
| Manuel Cardoso (Confidential Designation) | 206:1-5; 206:14-16; 207:13-25; 268:14-17 |

Dated: November 18, 2026

**KING & SIEGEL LLP**

By: *Robert King*

Julian Burns King
Elliot J. Siegel
Robert King
Attorneys for Plaintiff