SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppard.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppard.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppard.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for DEFENDANT AND COUNTERCLAIMANT AXOS BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER,<br><br>Plaintiff,<br><br>v.<br><br>AXOS BANK,<br><br>Defendant. | Case No.: 3:22-cv-00386-BJC-DDL<br><br>**ATTACHMENT G AXOS BANK'S DEPOSITION DESIGNATIONS**<br><br>Hon. Benjamin J. Cheeks<br>Schwartz Courthouse, Courtroom 3A<br><br>Magistrate Judge David D. Leshner<br>Action Filed: March 21, 2022 |
| AXOS BANK, a federal savings bank<br><br>Counterclaimant,<br><br>v.<br><br>JENNIFER BREAR BRINKER an individual; and DOES 1-25, inclusive,<br><br>Counterclaim Defendants | |

## VI. DEPOSITION DESIGNATIONS

1. David Park, former Executive Vice President, Commercial Banking & Treasury Management; 9/5/2024 Deposition Transcript at (page: line) as follows: 6:14-16; 13:2-21; 16:16-19; 17:10-18:4; 19:8-20:6; 20:18-25:7; 37:21-25; 40:6-41:6; 44:17-46:7; 49:17-50:10; 51:2-9; 54:10-56:3; 58:20-60:14; 62:11-16; 65:11-68:15; 69:12-70:6; 99:4-24; 100:23-101:22; 102:23-103:5; 117:9-18; 118:17-120:20; 132:4-21; 141:3-143:4; 144:2-9; 145:23-149:5; 150:16-151:11; 153:4-18; and 157:7-19.[1]

2. Graziella Cannarsa, October 17, 2024 Deposition Volume I Transcript at (page: line) as follows: 6:12-20; 32:22-39:8; 96:8-99:12; 100:1-12; 106:15-111:5; 114:16-25; 125:17-126:4; 152:15-156:21; 159:16-25; 161:2-177:21; 179:16-188:25; 190:3-192:15. November 1, 2024 Deposition Volume II Transcript as follows: 206:22-207:3; 207:12-217:25; 232:7-237:17; 241:2-243:25; 277:6-304:20; 306:17-323:15.

Axos may seek to read the deposition testimony or utilize the videotaped depositions that correspond to the page and line numbers from the written transcripts.

Dated: November 18, 2026 SHEPPARD MULLIN RICHTER & HAMPTON LLP

By *Heather L. Plocky*

HEATHER L. PLOCKY
Attorneys for Defendant and Counterclaimant
AXOS BANK

[1] Axos designates certain testimony as potential rebuttal testimony. Axos reserves its right to designate additional testimony as rebuttal testimony depending on Brinker's deposition designations, rulings on motions in limine, and testimony at trial.