Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Robert J. King (Bar No. 302545)
robert@kingsiegel.com
**KING & SIEGEL LLP**
601 University Avenue, Suite 275
Sacramento, CA 95825

Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Ste. 201
Los Angeles, CA 90014
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Plaintiff
Jennifer Brear Brinker

King & Siegel LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jennifer Brear Brinker**,<br>Plaintiff,<br><br>v.<br><br>**AXOS Bank**,<br>Defendants. | CASE NO.: 3:22-cv-00386-MMA-DDL<br><br>Hon. Benjamin J. Cheeks<br>Schwartz Courthouse, Courtroom 3A<br><br>Magistrate Judge David D. Leshner<br><br>**VERDICT FORM** |
| **AXOS Bank**,<br>Counterclaimant,<br><br>v.<br><br>**Jennifer Brear Brinker**,<br>Counterclaim Defendants. | Pretrial Conference: March 12, 2026<br>Time: 10:30 a.m.<br>Courtroom 3A<br><br>Action Filed: March 21, 2022 |

King & Siegel LLP

# VERDICT FORM

We the jury find as follows:

## SARBANES-OXLEY RETALIATION CAUSE OF ACTION

**Question 1. Is Axos liable to Jennifer Brear Brinker for retaliation in violation of the Sarbanes Oxley Act?**

Yes ___ No ___

*Move on to question 2.*

## LABOR CODE RETALIATION CAUSE OF ACTION

**Question 2. Is Axos liable to Jennifer Brear Brinker for retaliation in violation of California Labor Code Section 1102.5?**

Yes ___ No ___

*Move on to question 3.*

## EQUAL PAY ACT CAUSE OF ACTION

**Question 3. Is Axos liable to Jennifer Brear Brinker violations of California's Equal Pay Act?**

Yes ___ No ___

*Move on to question 4.*

King & Siegel LLP

**DAMAGES**

*Answer questions 4 and 5 only if you answered yes to questions 1, 2, or 3. If you answered "No" to all of these questions, stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 4. What are the damages for Jennifer Brear Brinker for past and future emotional distress caused by her termination?**

Past emotional distress:______________________________________

Future emotional distress:____________________________________

*Move on to question 5.*

**Question 5. What are the damages for Jennifer Brear Brinker for past and future lost wages?**

Past lost wages ______________________________________________

Future lost wages ____________________________________________

*Move on to question 6.*

**Question 6. Do you award Ms. Brinker Prejudgment Interest?**

Yes ___ No ___

*Move on to question 7.*

King & Siegel LLP

**PUNITIVE DAMAGES**

*Do not answer question 7 unless you answered yes to questions 1, 2,or 3. If you answered "No" to all of those questions, continue to question 7.*

**Question 7. Did Jennifer Brear Brinker prove by clear and convincing evidence that Axos engaged in the conduct toward her with malice oppression, or fraud?**

Yes ___ No ___

*Move on to question 8.*

King & Siegel LLP

**AXOS CLAIMS AGAINST MS. BRINKER**

**BREACH OF CONTRACT CAUSE OF ACTION**

**Question 8. Is Jennifer Brear Brinker liable to Axos for Breach of Contract?**

Yes ___ No ___

*Move on to question 9.*

**CONVERSION CAUSE OF ACTION**

**Question 9. Is Jennifer Brear Brinker liable to Axos for Conversion?**

Yes ___ No ___

*Move on to question 10.*

**DUTY OF LOYALTY CAUSE OF ACTION**

**Question 10. Is Jennifer Brear Brinker liable to Axos for Breach of Her Duty of Loyalty?**

Yes ___ No ___

*Move on to question 11.*

**NEGLIGENCE CAUSE OF ACTION**

**Question 11. Is Jennifer Brear Brinker liable to Axos for Negligence?**

Yes ___ No ___

*Move on to question 12.*

King & Siegel LLP

**RECEIPT OF STOLEN PROPERTY CAUSE OF ACTION**

**Question 12. Is Jennifer Brear Brinker liable to Axos for Violation of California Penal Code section 496?**

Yes ___ No ___

*Move on to question 13.*

**COMPUTER HACKING CAUSE OF ACTION**

**Question 13. Is Jennifer Brear Brinker liable to Axos for Violation of California Penal Code section 502?**

Yes ___ No ___

*Move on to question 14.*

**AXOS' DAMAGES**

*Answer Question 14 only if you answered yes to questions 8, 9, 10, 11, 12, or 13. If you answered "No" to all of those questions, stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 14. What are the damages to Axos for its claims against Jennier Brear Brinker?**

Economic Damages:________________________________________

*Move on to Question 15.*

King & Siegel LLP

**PUNITIVE DAMAGES**

*Answer Question 15 only if you answered yes to questions 8, 9, 10, 11, 12, or 13. If you answered "No" to all of those questions, stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 15. Did Axos prove by clear and convincing evidence that Jennifer Brear Brinker engaged in the conduct toward it with malice oppression, or fraud?**

*Once you have completed all the questions that the instructions direct you to complete, have the presiding juror sign and date this form.*

DATED: ___________________

_________________________________
Presiding juror

DATED: November 18, 2026

Respectfully submitted,

**KING & SIEGEL LLP**

By: Robert King
Julian Burns King
Elliot J. Siegel
Robert J. King
Attorneys for Plaintiff