Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Robert J. King (Bar No. 302545)
robert@kingsiegel.com
**KING & SIEGEL LLP**
601 University Avenue, Suite 275
Sacramento, CA 95825

Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
Priscilla Hernandez (Bar No. 334997)
priscilla@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Ste. 201
Los Angeles, CA 90014
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Plaintiff
Jennifer Brear Brinker

King & Siegel LLP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Jennifer Brear Brinker**, Plaintiff,<br><br>v.<br><br>**AXOS Bank**, Defendant. | CASE NO.: 3:22-cv-00386-MMA-DDL<br><br>Hon. Benjamin J. Cheeks<br>Schwartz Courthouse, Courtroom 3A<br><br>Magistrate Judge David D. Leshner<br><br>**PLAINTIFF AND COUNTERCLAIM DEFENDANT'S OBJECTIONS TO DEFENDANT AND COUNTERCLAIMANT'S DEPOSITION DESIGNATIONS**<br><br>Pretrial Conference: March 12, 2026<br>Time: 10:30 a.m.<br>Courtroom 3A<br><br>Action Filed: March 21, 2022 |
| **AXOS Bank**, Counterclaimant,<br><br>v.<br><br>**Jennifer Brear Brinker**, Counterclaim Defendant. | |

King & Siegel LLP

Plaintiff and Counterclaim Defendant Jennifer Brear Brinker hereby submits her objections to Defendant and Counterclaimant AXOS Bank's designated list of deposition testimony for use at trial, as follows:

| Witness | Citations | Objections | Counter-Designations |
|---|---|---|---|
| David Park | 6:14-16; 13:2-21; 16:16-19; 17:10-18:4; 19:8-20:6; 20:18-25:7; 37:21-25; 40:6-41:6; 44:17-46:7; 49:17-50:10; 51:2-9; 54:10-56:3; 58:20-60:14; 62:11-16; 65:11-68:15; 69:12-70:6; 99:4-24; 100:23-101:22; 102:23-103:5; 117:9-18; 118:17-120:20; 132:4-21; 141:3-143:4; 144:2-9; 145:23-149:5; 150:16-151:11; 153:4-18; and 157:7-19 | Plaintiff incorporates by reference all objections made during the deposition to the extent preserved.<br><br>Plaintiff further objects as follows:<br>• 145:23–149:5 (speculation, lack of foundation)<br>• 150:6–151:11 (hearsay) | 46:22-16; 65:10-69:11; 103:6-104:8; 120:21-127:20; 144:10-23. |
| Graziella Cannarsa, Vol. 1 | 6:12-20; 32:22-39:8; 96:8-99:12; 100:1-12; 106:15-111:5; 114:16-25; 125:17-126:4; 152:15-156:21; 159:16- | Plaintiff incorporates by reference all objections made during the deposition to the extent preserved. | 17:3-11; 30:22-31:25; 67:2-68:18; 159:10-160:12; 177:22-179:10; 189:3- |

King & Siegel LLP

| | | | |
|---|---|---|---|
| | 25; 161:2-177:21; 179:16-188:25; 190:3-192:15. | Plaintiff further objects as follows:<br>• 34:25-37:1 (relevance, unfair prejudice, speculation, hearsay)<br>• 96:8-99:12 (relevance, speculation)<br>• 106:15-111:5 (relevance, hearsay)<br>• 100:1-12, 114:16-25, 125:17-126:4, 166:3-169:13 (relevance)<br>• 152:15-156:21 (lack of foundation, speculation) | 19; 190:3-193:3. |
| Graziella Cannarsa, Vol. 2 | 206:22-207:3; 207:12-217:25; 232:7-237:17; 241:2-243:25; 277:6-304:20; 306:17-323:15 | Plaintiff incorporates by reference all objections made during the deposition to the extent preserved. Plaintiff further objects as follows: | 218:1-16, 247:20-255:23, 257:14-24, 267:6-22, 304:21-305:7. |

| | | | |
|---|---|---|---|
| | | • 206:22-207:3, 207:12-217:25, 232:7-237:17 (relevance) | |

Dated: March 19, 2026

**KING & SIEGEL LLP**

By: Robert J. King
Julian Burns King
Elliot J. Siegel
Robert King
Priscilla Hernandez
Attorneys for Plaintiff

King & Siegel LLP