SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for DEFENDANT AND COUNTERCLAIMANT AXOS BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BREAR BRINKER,<br><br>Plaintiff,<br><br>v.<br><br>AXOS BANK,<br><br>Defendant. | Case No.: 3:22-cv-00386-BJC-DDL<br><br>**ATTACHMENT M AXOS BANK'S OBJECTIONS TO JENNIFER BREAR BRINKER'S DEPOSITION DESIGNATIONS**<br><br>Hon. Benjamin J. Cheeks<br>Schwartz Courthouse, Courtroom 3A |
| AXOS BANK, a federal savings bank<br><br>Counterclaimant,<br><br>v.<br><br>JENNIFER BREAR BRINKER an individual; and DOES 1-25, inclusive,<br><br>Counterclaim Defendants | Magistrate Judge David D. Leshner<br>Action Filed: March 21, 2022 |

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, defendant and counterclaimant Axos Bank by and through its attorneys of record, objects to Jennifer Brear Brinker's Deposition Designations.

Dated: November 18, 2026 SHEPPARD MULLIN RICHTER & HAMPTON LLP

By */s/ Heather L. Plocky*
HEATHER L. PLOCKY
Attorneys for Defendant and Counterclaimant
AXOS BANK

**AXOS BANK'S OBJECTIONS TO JENNIFER BREAR BRINKER'S DEPOSITION DESIGNATIONS**

In addition to the objections raised by counsel during the relevant depositions, defendant and counterclaimant Axos Bank, by and through its attorneys record, object to Jennifer Brear Brinker's Deposition Designations as follows:

| John Tolla (Individual) October 9, 2024 | Citations | Objections | Defendant's Counter-Designations |
|---|---|---|---|
| | 7:15–9:9 | Relevance (FRE 401); FRE 403; Best Evidence Rule (FRE 1002) | |
| | 10:11–11:23 | Relevance; FRE 403; Best Evidence Rule | |
| | 12:7–13:3 | Relevance; FRE 403; Best Evidence Rule | |
| | 14:7–17:22 | Relevance; FRE 403; Calls for legal conclusion; Speculation; Vague and ambiguous; Incomplete hypothetical; Best Evidence Rule | |
| | 19:6–20:11 | Relevance; FRE 403; Best Evidence Rule | |
| | 21:12–31:6 | Best Evidence Rule<br>• 22:11-25:17: Lacks foundation; Speculation; FRE 403<br>• 26:18-31:6: Lacks foundation; Speculation; FRE 403 | |
| | 32:6–34:22 | Lacks foundation; Speculation; Misstates testimony; FRE 403; Best Evidence Rule | |
| | 59:13–71:9 | Best Evidence Rule<br>• 59:13-61:8: Lacks foundation; Speculation<br>• 62:6-65:6: Lacks foundation; Speculation | |

| | | | |
|---|---|---|---|
| | | • 65:18-67:6: Lacks foundation; Speculation<br>• 67:7- 71:9 Lacks foundation; Speculation; Incomplete hypothetical; Vague and ambiguous; Misstates testimony. | |
| | 71:19–74:8 | Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |
| | 76:15–79:1 | Lacks foundation; Speculation; FRE 403; Best Evidence Rule; Calls for legal conclusion | |
| | 79:25–81:4 | Lacks foundation; Best Evidence Rule | |
| | 81:14–85:5 | Best Evidence Rule<br>• 84:8-85:5: Speculation; Calls for legal conclusion; FRE 403 | |
| | 87:1–88:24 | Speculation; Calls for legal conclusion; FRE 403 | |
| | 91:21–93:3 | Best Evidence Rule | |
| | 93:15–94:9 | Best Evidence Rule | |
| | 94:14–102:23 | Best Evidence Rule | |
| | 103:23–106:25 | Best Evidence Rule; Incomplete citation | |
| | 107:20–109:8 | Relevance; FRE 403; Best Evidence Rule | |
| | 109:16–111:7 | | |
| | 114:16–118:5 | | |
| | 119:20–120:23 | | |
| | 127:17–134:5 | Best Evidence Rule<br>• 127:17-133:3: Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |

| | | | |
|---|---|---|---|
| | 135:8–137:25 | | |
| | 144:10–148:8 | Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |
| **John Tolla (Individual) (Confidential Designation)** | | | |
| | 34:23–37:23 | Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |
| | 39:17–43:16 | Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |
| | 44:7–57:5 | Lacks foundation; Speculation; FRE 403; Best Evidence Rule; Vague and ambiguous | |
| **John Tolla (30(b)(6)) October 8, 2024** | | | |
| | 10:17–12:16 | Relevance; FRE 403; Best Evidence Rule | |
| | 14:21–15:25 | Relevance; FRE 403; Best Evidence Rule | |
| | 18:4–23 | Relevance; FRE 403; Best Evidence Rule | |
| | 23:1–25:18 | | |
| | 31:25–33:23 | | |
| | 36:3–5 | | |
| | 37:1–8 | Incomplete citation; Lacks foundation; Speculation; FRE 403; Best Evidence Rule; Vague and ambiguous | |
| | 39:13–41:19 | • 40:25-41:19: Best Evidence Rule; Vague and ambiguous | |
| | 43:2–45:15 | Incomplete citation; Lacks foundation; Speculation; FRE 403; Best Evidence Rule; Vague and ambiguous | |
| | 50:10–60:1 | • 54:8-56:1: Relevance; FRE 403; Best Evidence Rule | |
| | 60:15–62:5 | Relevance; FRE 403; Best Evidence Rule | |

| | | | |
|---|---|---|---|
| | 63:6–18 | Relevance; FRE 403; Best Evidence Rule | |
| | 67:21–69:19 | Relevance; FRE 403; Best Evidence Rule | |
| | 71:14–73:12 | Relevance; FRE 403; Best Evidence Rule; Hearsay | |
| | 73:24–74:16 | Lacks foundation; Best Evidence Rule | |
| | 76:5–80:17 | Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |
| | 81:8–17 | | |
| | 82:8–92:21 | | |
| | 94:1–99:22 | Lacks foundation; Speculation; Hearsay; FRE 403; Best Evidence Rule | |
| | 100:14–102:25 | Incomplete citation; Speculation; Hearsay; FRE 403; Best Evidence Rule | |
| | 105:9–106:9 | Lacks foundation; Speculation; FRE 403; Misstates testimony; Vague and ambiguous; Incomplete hypothetical; Best Evidence Rule | |
| | 109:7–115:3 | • 114:4-115:3: Lacks foundation; Hearsay; Speculation; FRE 403; Best Evidence Rule | |
| | 118:5–126:14 | Best Evidence Rule<br>• 118:22-119:7: Lacks foundation; Speculation; Hearsay; FRE 403<br>• 119:17-121:18: Lacks foundation<br>• 122:12-22: Lacks foundation<br>• 122:23-126:14: Lacks foundation; Speculation; FRE 403; Vague and ambiguous; Incomplete citation | |
| | 127:2–131:3 | Best Evidence Rule; Lacks foundation; Hearsay; Speculation; FRE 403; Vague and ambiguous | |
| | 137:14–139:13 | Best Evidence Rule; Lacks foundation; Hearsay; Speculation; FRE 403; Vague and ambiguous | |
| | 139:16–145:22 | Best Evidence Rule | |

| | | | |
|---|---|---|---|
| | | • 139:16-143:5: Lacks foundation; FRE 403 | |
| | 146:7–152:22 | Best Evidence Rule<br>• 146:7-16: Lacks foundation; Misstates testimony; FRE 403 | |
| | 156:20–164:12 | Best Evidence Rule<br>• 156:20-24: Lacks foundation; FRE 403<br>• 161:10-164:12: Lacks foundation; Speculation; Hearsay; FRE 403 | |
| | 164:15–166:24 | Lacks foundation; Speculation; Vague and ambiguous; FRE 403; Best Evidence Rule | |
| | 167:21–174:16 | Best Evidence Rule<br>• 167:21-169:12: Lacks foundation; Speculation; Vague and ambiguous; FRE 403<br>• 169:15-171:5: Hearsay; Speculation; Vague and Ambiguous; FRE 403 | |
| | 176:25–176:5 | Improper / Inaccurate Citation; Defendants cannot meaningfully object without understanding what is being identified. | |
| | 177:13–180:22 | Best Evidence Rule<br>179:20-180:10: Lacks foundation; Speculation; Hearsay; FRE 403 | |
| **John Tolla (30(c)(b)) October 29, 2024** | | | |
| | 7:24–10:20 | • 9:24-10:7: Lacks foundation; Speculation; FRE 403 | |
| | 15:7–18:5 | | |
| | 19:20–20:24 | | |
| | 22:4–9 | | |
| | 22:20–23:21 | Relevance | |

| | | | |
|---|---|---|---|
| | 24:24–25:7 | Relevance; Lacks foundation; Speculation; FRE 403 | |
| | 26:2–5 | Relevance | |
| | 26:12–29:24 | Relevance; Lacks foundation; Speculation; FRE 403; Hearsay | |
| | 30:8–31:11 | Relevance; Lacks foundation; Speculation; FRE 403; Calls for legal conclusion | |
| | 41:21–42:12 | Relevance; Lacks foundation; Speculation; FRE 403; Vague and ambiguous | |
| | 42:16–44:6 | Relevance; Lacks foundation; Speculation; FRE 403; Vague and ambiguous | |
| | 44:20–46:1 | Relevance; FRE 403 | |
| | 54:14–56:9 | Lacks foundation; Speculation; FRE 403; Vague and ambiguous | |
| | 58:2–59:21 | Relevance; Lacks foundation; Speculation; FRE 403; Hearsay | |
| | 63:13–70:2 | Relevance; Lacks foundation; Speculation; FRE 403; Hearsay | |
| | 73:4–77:19 | Relevance; Lacks foundation; Speculation; FRE 403; Hearsay | |
| | 78:9–81:23 | Relevance; Lacks foundation; Speculation; FRE 403; Hearsay | |
| | 82:12–89:4 | Relevance; Lacks foundation; Speculation; FRE 403; Hearsay | |
| | 91:6–92:7 | Relevance; Lacks foundation; Speculation; FRE 403; Hearsay; Calls for legal conclusion | |
| | 92:24–113:22 | • 92:24-93:9: Relevance; Lacks foundation; Speculation<br>• 98:9-99:5: Best Evidence Rule; Lacks foundation; Speculation<br>• 111:8-113:22: Relevance; Lacks foundation; Speculation; Hearsay | |
| | 119:24–120:16 | Incomplete citation. | |
| | 121:16–123:16 | | |

| | | | |
|---|---|---|---|
| | 126:17–128:4 | | |
| | 128:16–129:8 | | |
| | 134:10–135:8 | Lacks foundation; Speculation; Relevance | |
| | 135:19–141:13 | • 136:25-139:10: Vague and ambiguous<br>• 141:1-141:13: Lacks foundation; Speculation; Hearsay | |
| | 142:12–158:20 | • 150:23-151:1: Hearsay<br>• 152:15- 155:8: Lacks foundation; Speculation; Hearsay; Relevance; FRE 403<br>• 157:9-158:20: Lacks foundation; Speculation; Hearsay | |
| | 159:18–162:22 | Hearsay; Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |
| | 163:7–164:5 | Hearsay; Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |
| | 165:3–166:1 | | |
| | 166:8 - 167:1 | Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |
| | 167:23–168:20 | Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |
| | 169:17–172:7 | | 169:17–173:23 |
| | 175:13–176:3 | Hearsay; Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |
| | 178:21–180:6 | | |
| **Eshel Bar-Adon (09-05-2024 Deposition)** | | | |
| | 7:12–20 | Relevance (FRE 401) | |
| | 10:20–11:25 | | |

| | | | |
|---|---|---|---|
| | 15:5–13 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations | |
| | 15:23–18:14 | | |
| | 20:7–21:11 | | |
| | 21:19–25:18 | • 21:19-24:19: Calls for legal conclusion; Best Evidence Rule (FRE 1002); Relevance (FRE 401)<br>• 24:20-25:18: Relevance (FRE 401); Calls for legal conclusion; Speculation; Lacks foundation | |
| | 28:10–18 | | |
| | 28:23–29:20 | Calls for legal conclusion; Speculation; Lacks foundation | |
| | 33:13–34:17 | | |
| | 39:7–41:2 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations | 40:24-41:5 |
| | 41:17–20 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations | |
| | 43:1–45:11 | Hearsay; Lacks foundation; Speculation; FRE 403; Best Evidence Rule | |

| **Eshel Bar-Adon (10-21-2024 Deposition)** | | | |
|---|---|---|---|
| | 8:20–11:25 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance (FRE 401) | |
| | 12:8–14 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance | |
| | 13:16–25 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance | |
| | 14:17–15:18 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403 | |
| | 19:11–15 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403 | |

| | | | |
|---|---|---|---|
| | 23:5–19 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403 | |
| | 27:14–29:24 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; FRE 403; Vague and ambiguous | |
| | 30:2–8 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403 | |
| | 31:8–32:6 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403 | |
| | 33:1–24 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403 | |
| | 41:14–42:5 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right | |

| | | | |
|---|---|---|---|
| | | to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403 | |
| | 44:15–46:6 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403; Vague and ambiguous | |
| | 47:21–48:12 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403 | |
| | 50:4–51:5 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403; Speculation; Lacks Foundation; Vague and ambiguous | |
| | 54:1–55:7 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403 | |
| | 56:3–57:25 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony | |

| | | | |
|---|---|---|---|
| | | designations; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation | |
| | 59:1–60:23 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation | |
| | 61:12–16 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403 | |
| | 62:17–65:14 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation | |
| | 69:20–70:9 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation | |
| | 78:3–80:1 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included | |

| | | | |
|---|---|---|---|
| | | therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation | |
| | 82:3–91:13 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; FRE 403<br>• 83:4-84:4: Best Evidence Rule; Lacks foundation<br>• 84:16-25: Best Evidence Rule; Lacks foundation<br>• 89:2-91:13: Best Evidence Rule; Lacks foundation; FRE 403; Speculation | |
| | 92:4–93:19 | Best Evidence Rule; Lacks foundation; FRE 403; Speculation | |
| | 94:16–100:4 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; FRE 403<br>• 94:16-95:16: Relevance<br>• 96:3-17: Speculation; Lacks foundation; FRE 403<br>• 97:3-100:4: Best Evidence Rule; Lacks foundation; FRE 403; Hearsay; Speculation | |
| | 100:14–102:2 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right | |

| | | | |
|---|---|---|---|
| | | to amend its objections to the extent Plaintiff alters its deposition testimony designations; Vague and ambiguous; FRE 403 | |
| | 102:13–22 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Vague and ambiguous; FRE 403 | |
| | 104:10–110:22 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; FRE 403<br>• 104:10-23: Relevance; vague and ambiguous<br>• 106:21-108:12: Relevance; Speculation; Lacks foundation; FRE 403<br>• 108:13-109:16: Calls for legal conclusion; FRE 403<br>• 110:20-22: Incomplete citation; Speculation; Lacks foundation; FRE 403 | |
| | 122:19–22 | Incomplete citation as such, Defendant can only object to the extent there are complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Vague and ambiguous; FRE 403 | |
| | 125:9–126:3 | Incomplete citation as such, Defendant can only object to the extent there are | |

| | | | |
|---|---|---|---|
| | | complete questions and answers included therein, and Defendant reserves the right to amend its objections to the extent Plaintiff alters its deposition testimony designations; Vague and ambiguous; FRE 403; Relevance | |
| **Eshel Bar-Adon (11-15-2024 Deposition)** | | | |
| | 139:8–14 | | |
| | 146:11–148:21 | | |
| | 149:5–155:3 | | |
| | 155:20–182:7 | Improper citation to almost 30 pages of testimony; Vague and ambiguous; FRE 403; Relevance; Calls for legal conclusion<br>• 160:3-162:25: Lacks foundation; Best Evidence Rule<br>• 163:1-182:7: Relevance; FRE 403; Calls for legal conclusion; Speculation | |
| | 183:11–25 | | |
| **Mary-Ellen Ciafardini (Confidential Designation)** | | | |
| | 7:16–8:4 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403 | |

| | | | |
|---|---|---|---|
| | 10:4–22 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403; Lacks foundation; Speculation | |
| | 12:25–14:3 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403; Lacks foundation; Calls for legal conclusion; Speculation | |
| | 14:19–22 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403; Lacks foundation; Speculation | |
| | 15:4–18:3 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of | |

| | | | |
|---|---|---|---|
| | | her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403; Lacks foundation; Speculation | |
| | 18:8–24 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Hearsay; FRE 403; Lacks foundation; Vague and ambiguous; Speculation | |
| | 19:1–3 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible. | |
| | 21:25–23:14 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403; Lacks foundation; Speculation | |
| | 25:7–19 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini | |

| | | | |
|---|---|---|---|
| | | was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible. | |
| | 26:13–28:8 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br>Hearsay; FRE 403; Lacks foundation; Speculation | |
| | 30:13–31:19 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible. | |
| | 33:11–34:2 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403; Lacks foundation; Speculation | |
| | 34:24–38:13 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible. | |

| | | | |
|---|---|---|---|
| | | • 36:3-38:13: Relevance; FRE 403; Lacks foundation; Speculation | |
| | 40:8–41:3 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Hearsay; FRE 403; Lacks foundation; Vague and ambiguous; Speculation | |
| | 43:11–44:11 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible. | |
| | 45:1–46:16 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403 | |
| | 49:23–51:16 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible. | |

| | | | |
|---|---|---|---|
| | | Relevance; FRE 403 | |
| | 52:11–54:16 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; Hearsay; FRE 403; Lacks foundation; Vague and ambiguous; Speculation | |
| | 54:21–55:4 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; Hearsay; FRE 403; Lacks foundation; Vague and ambiguous | |
| | 55:13–56:24 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403; Lacks foundation; Vague and ambiguous | |
| | 57:24–60:6 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to | |

| | | | |
|---|---|---|---|
| | | testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br>Relevance; FRE 403; Lacks foundation; Vague and ambiguous | |
| | 61:6–62:15 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Hearsay; FRE 403; Lacks foundation; Vague and ambiguous; Speculation; Incomplete citation. | |
| | 64:5–65:25 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Best Evidence Rule; Hearsay; FRE 403; Lacks foundation; Incomplete citation | |
| | 73:20–75:3 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Best Evidence Rule; Hearsay; FRE 403; Lacks foundation; Speculation | |

| | | | |
|---|---|---|---|
| | 75:22–77:25 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Best Evidence Rule; Hearsay; FRE 403; Lacks foundation; Speculation | |
| | 82:6–84:22 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; Hearsay; FRE 403; Lacks foundation; Speculation | |
| | 85:7–86:21 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Lacks foundation; Speculation; Best Evidence Rule | |
| | 87:23–95:25 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of | |

| | | | |
|---|---|---|---|
| | | her deposition. As such, this deposition testimony is inadmissible.<br>Best Evidence Rule; Hearsay; FRE 403; Lacks foundation; Speculation; Relevance; Incomplete citation. | |
| | 96:5–98:4 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Best Evidence Rule; Hearsay; FRE 403; Lacks foundation; Speculation | |
| | 98:18–100:20 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Best Evidence Rule; Hearsay; FRE 403; Lacks foundation; Speculation; Relevance | |
| | 102:10–108:14 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Best Evidence Rule; Hearsay; FRE 403; Lacks foundation; Speculation; Relevance | |
| | 116:22–118:24 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant | |

| | | | |
|---|---|---|---|
| | | Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Hearsay; FRE 403; Lacks foundation; Speculation; | |
| | 120:17–124:25 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Lacks foundation; Speculation | |
| | 126:15–129:14 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Hearsay; FRE 403; Lacks foundation; Speculation; Relevance; Calls for legal conclusion | |
| | 145:4–146:21 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible. | |

| | | | |
|---|---|---|---|
| | | Best Evidence Rule; Relevance | |
| | 150:24–153:25 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Lacks foundation; Speculation; Hearsay; FRE 403 | |
| | 155:9–22 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Lacks foundation; Speculation; Hearsay; FRE 403 | |
| | 156:3–157:17 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Lacks foundation; Speculation; Hearsay; FRE 403 | |
| | 161:8–16 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of | |

| | | | |
|---|---|---|---|
| | | her deposition. As such, this deposition testimony is inadmissible. | |
| | 164:5–166:11 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Hearsay; Relevance; FRE 403 | |
| | 168:15–20 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible. | |
| | 175:23–181:4 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible.<br><br>Hearsay; Relevance; FRE 403; Speculation; Lacks foundation | |
| | 181:23–183:9 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible. | |

| | | | |
|---|---|---|---|
| | | Best Evidence Rule; FRE 403; Speculation; Lacks foundation | |
| | 186:14–187:2 | Mary-Ellen Ciafardini is a former employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Ms. Ciafardini would be unavailable to testify in-person at trial. Ms. Ciafardini was not employed by Axos at the time of her deposition. As such, this deposition testimony is inadmissible. | |
| **Barbara Foster** | | | |
| | 11:7–15:20 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 19:20–20:8 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 20:25–21:6 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 22:5–24:19 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 25:23–27:3 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 28:10–31:7 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 31:24–33:3 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation; Vague and ambiguous | |
| | 35:3–21 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 38:16–21 | Relevance; FRE 403 | |
| | 39:9–18 | Relevance; FRE 403 | |
| | 41:6–23 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 45:2–17 | Relevance; FRE 403; Lacks foundation | |
| | 46:6–47:22 | Relevance; FRE 403; Lacks foundation | |
| | 50:3–8 | Relevance; FRE 403; Lacks foundation; Speculation | |
| | 51:7–52:10 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |

| | | | |
|---|---|---|---|
| | 52:22–53:4 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 54:6–11 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 56:16–57:10 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 58:7–19 | Relevance; FRE 403 | |
| | 63:18–23 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 66:18–67:9 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 72:3–8 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 67:24–69:10 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 70:10–71:3 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 72:13–74:10 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 74:20–76:19 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 76:24–77:4 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 77:19–22 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| | 80:15–25 | Relevance; FRE 403; Lacks foundation; Hearsay; Speculation | |
| **John Vargas** | | | |
| | 9:15–10:15 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible. | |
| | 15:4–16:25 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why | |

| | | | |
|---|---|---|---|
| | | Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Lacks foundation; Speculation; Hearsay | |
| | 19:6–30:7 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403 | |
| | 30:13–34:14 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403 | |
| | 35:14–46:6 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. As such, this deposition testimony is inadmissible.<br><br>Relevance; FRE 403; Hearsay; Speculation | |
| | 52:1–54:12 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why | |

| | | | |
|---|---|---|---|
| | | Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Hearsay; Speculation | |
| | 60:19–68:6 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Hearsay; Speculation | |
| | 75:3–76:3 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Hearsay; Speculation | |
| | 76:20–82:1 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Hearsay; Speculation | |
| | 82:2–85:3 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why | |

| | | | |
|---|---|---|---|
| | | Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Hearsay; Speculation; Lacks foundation | |
| | 87:25–88:24 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Hearsay; Speculation; Lacks foundation | |
| | 96:21–97:6 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Speculation; Lacks foundation | |
| | 97:10–98:15 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Hearsay; Speculation; Lacks foundation | |

| | | | |
|---|---|---|---|
| | 99:22–101:18 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Hearsay; Speculation; Lacks foundation; Incomplete citation | 101:1-25 |
| | 104:6–106:15 | John Vargas is former low-ranking employee of Axos Bank, and Defendant Axos Bank is unaware of any reason why Mr. Vargas would be unavailable to testify in-person at trial. Mr. Vargas was not employed by Axos at the time of his deposition. As such, this deposition testimony is inadmissible.<br><br>FRE 403; Hearsay; Speculation; Lacks foundation | |
| **Holly Jamison** | | | |
| | 12:5–23 | Relevance; FRE 403 | |
| | 15:5–7 | Relevance; FRE 403 | |
| | 15:16–16:11 | Relevance; FRE 403 | |
| | 18:2–10 | Relevance; FRE 403 | |
| | 21:19–25:2 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 25:4–30:4 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 32:7–22 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |

| | | | |
|---|---|---|---|
| | 33:23–36:25 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 37:2–39:5 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 39:12–46:8 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 46:9–50:11 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 51:12–59:16 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 59:24–60:13 | Relevance; FRE 403 | |
| | 60:14–62:24 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 66:11–68:6 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 71:21–75:4 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 75:6–78:17 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 78:18–79:20 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 81:17–84:10 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 85:22–86:2 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |

| | | | |
|---|---|---|---|
| | 87:5–92:13 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 92:25–93:12 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 94:21–96:23 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 96:24–98:18 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 99:14–108:22 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 109:8–110:16 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 110:22–112:11 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 114:3–115:2 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 115:5–123:11 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 123:25–125:6 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 125:15–127:15 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 128:3–132:21 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 133:13–135:13 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |

| | | | |
|---|---|---|---|
| | 135:21–137:23 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 138:3–145:19 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 145:20–146:2 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation | |
| | 146:20–148:6 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 148:8–149:23 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 150:3–152:3 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 152:18–155:14 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 156:20–161:23 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 162:11–163:3 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous; Calls for legal conclusion | |
| | 163:10–19 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous; Calls for legal conclusion | |
| | 164:3–166:14 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous; Calls for legal conclusion | |
| | 171:3–181:25 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous; Calls for legal conclusion | |
| | 182:16–185:13 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous; Calls for legal conclusion | |

| | | | |
|---|---|---|---|
| | 190:22–196:12 | Relevance; FRE 403 | |
| | 246:14–250:8 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 250:16–252:25 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 254:13–258:9 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 261:15–266:6 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 267:22–268:13 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 269:7–20 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation | |
| | 270:17–19 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation | |
| | 276:6–280:7 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; | |
| | 290:1–23 | Relevance; FRE 403 | |
| | 294:15–295:17 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 296:15–297:9 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; | |
| | 297:10–21 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; | |
| | 297:25–298:23 | Relevance; FRE 403; Vague and ambiguous | |
| | 300:10–301:7 | Relevance; FRE 403; Vague and ambiguous | |
| **Waqqas Ahsan** | | | |
| | 11:10–28:8 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |

| | | | |
|---|---|---|---|
| | 28:9–29:11 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 30:3–33:7 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 34:20–38:17 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 39:2–43:14 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 44:1–45:8 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 45:23–49:17 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 53:14–55:6 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous; Misstates testimony | |
| | 55:7–58:11 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous; Misstates testimony | |
| | 62:8–63:20 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 64:19–67:20 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 68:1–71:13 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 71:20–76:5 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 76:10–79:23 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |

| | | | |
|---|---|---|---|
| | 80:12–82:14 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 82:19–84:12 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 85:22–88:15 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 88:16–93:10 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 93:11–103:15 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 103:16–107:12 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 109:22–115:9 | Best Evidence Rule; Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 131:20–136:8 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation | |
| | 147:12–157:13 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation | |
| | 166:9–168:20 | Relevance; FRE 403; Vague and ambiguous | |
| | 171:11–172:25 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation | |
| | 180:21–184:24 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 194:24–196:18 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |
| | 199:20–209:22 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Vague and ambiguous | |

| | | | |
|---|---|---|---|
| | 216:5–217:14 | Relevance; FRE 403; Hearsay; Speculation | |
| | 217:24–218:12 | Relevance; FRE 403 | |
| | 218:13–222:3 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation | |
| | 222:2–225:19 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Misstates testimony; Best Evidence Rule | |
| | 228:25–237:12 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Misstates testimony; Best Evidence Rule | |
| | 237:16–240:12 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Best Evidence Rule | |
| | 240:16–241:16 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation; Best Evidence Rule | |
| | 244:15–245:11 | Relevance; FRE 403; Speculation | |
| | 245:15–250:10 | Relevance; FRE 403; Hearsay; Speculation; Lacks foundation | |
| **David Park** | | | |
| | 13:2–16:19 | | |
| | 17:1–24 | | |
| | 19:8–25:7 | | |
| | 26:21–31:15 | 27:12-31:15: Best Evidence Rule; Speculation; Hearsay; Compound; Lacks foundation; FRE 403 | |
| | 32:1–33:16 | Best Evidence Rule; Lacks foundation; FRE 403 | |
| | 42:11–46:7 | | |
| | 46:8–48:22 | Best Evidence Rule; Speculation; Hearsay; Compound; Lacks foundation; FRE 403 | |
| | 70:22–73:15 | Best Evidence Rule; Speculation; Hearsay; Compound; Lacks foundation; FRE 403 | |

| | | | |
|---|---|---|---|
| | 112:22–113:25 | | |
| | 127:22–133:1 | • 127:22-132:3: Best Evidence Rule; Speculation; Hearsay; Lacks foundation; Calls for legal conclusion | |
| | 134:19–139:9 | Best Evidence Rule; Speculation; Hearsay; Lacks foundation; Calls for legal conclusion; FRE 403 | |
| | 139:11–140:20 | Best Evidence Rule; Lacks foundation | |
| | 142:21–145:14 | | |
| | 145:24–148:5 | | |
| **Marc Cohen, Vol. 1** | | | |
| | 11:17–12:6 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 19:18–20:19 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 22:18–25 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 34:17–35:24 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 57:7–58:13 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 60:5–61:19 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 65:4–70:10 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |

| | | | |
|---|---|---|---|
| | 70:21–72:16 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 72:21–75:4 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 79:6–82:16 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 86–88:4 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 89:14–91:15 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 105:24–107:5 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 110:15–23 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 111:3–113:18 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 114:10–118:9 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 119:5–123:11 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 128:24–131:18 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 132:14–134:21 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 135:13–136:24 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |

| | | | |
|---|---|---|---|
| | 139:3–140:2 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 141:16–142:4 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 143:10–144:11 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 144:21–145:7 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 154:8–155:22 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 158:8–159:2 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 162:22–164:1 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 170:11–171:22 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 173:8–176:4 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 177:2–179:1 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 182:10–183:25 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 185:11–186:16 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 194:5–195:17 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |

| | | | |
|---|---|---|---|
| | 196:8–197:10 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 197:25–198:4 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 201:19–202:23 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 203:18–204:6 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 204:15–205:18 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 210:19–213:9 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 213:17–215:18 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 220:11–222:18 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 248:18–250:19 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 255:21–256:14 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 258:21–259:16 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 265:16–166:1 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 274:22–277:4 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |

| | | | |
|---|---|---|---|
| **Marc Cohen, Vol. 2** | | | |
| | 290:17–24 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 292:21–296:13 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 297:13–299:3 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 314:25–316:20 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 318:8–13 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 323:7–324:3 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| | 325:5–327:8 | Dr. Cohen is not a party, and he is available to testify at trial. His deposition testimony is inadmissible. | |
| **Thomas Constantine** | | | |
| | 15:4–19 | | |
| | 33:21–36:19 | | |
| | 39:1–20 | | |
| | 41:13–42:14 | | |
| | 46:11–25 | Speculation; Lacks foundation | |
| | 55:11–60:4 | • 59:17-60:4: Speculation; Lacks foundation | |
| | 61:5–63:11 | | |
| | 65:8–66:9 | | |

| | | | |
|---|---|---|---|
| | 66:24–82:21 | Improper citation to almost 20 pages of testimony; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation; Hearsay; Best Evidence Rule | |
| | 83:2–84:10 | | |
| | 88:18–90:25 | Speculation; Lacks foundation; Hearsay; Best Evidence Rule | |
| | 110–157:17 | Improper citation to almost 50 pages of testimony; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation; Hearsay; Best Evidence Rule | |
| | 158:9–185:11 | Improper citation to 27 pages of testimony; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation; Hearsay; Best Evidence Rule | |
| | 200:11–202:16 | | |
| | 203:1–230:7 | Improper citation to 27 pages of testimony; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation; Hearsay; Best Evidence Rule | |
| **Manuel Cardoso** | | | |
| | 9:22–10:2 | | |
| | 10:6–19 | | |
| | 11:14–12:3 | | |
| | 14:2–15:14 | | |
| | 16:14–25 | | |
| | 21:1–22:24 | | |
| | 28:3–32:24 | • 29:2-31:8: Lacks foundation; Hearsay; Best Evidence Rule | |
| | 34:7–53:10 | Improper citation to almost 20 pages of testimony; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks | |

| | | | |
|---|---|---|---|
| | | foundation; Hearsay; Best Evidence Rule; Misstates testimony | |
| | 54:10–80:15 | Improper citation to more than 20 pages of testimony; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation; Hearsay; Best Evidence Rule; Misstates testimony | |
| | 82:19–91:1 | • 82:19-84:3: Relevance; FRE 403; Vague and ambiguous<br>• 85:24-87:9: Relevance; FRE 403; Vague and ambiguous<br>• 88:7-91:1: Relevance; FRE 403; Vague and ambiguous | |
| | 92:18–94:11 | Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation | |
| | 96:3–110:25 | • 98:12-102:9: Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation; Hearsay<br>• 102:20-104:9: Vague and ambiguous; FRE 403; Calls for legal conclusion; Lacks foundation; Speculation<br>• 104:17-110:25: Vague and ambiguous; FRE 403; Calls for legal conclusion; Lacks foundation; Speculation | |
| | 121:8–143:1 | Improper citation to 22 pages of testimony; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation; Hearsay; Best Evidence Rule; Misstates testimony | |
| | 144:12–149:21 | Best Evidence Rule; Hearsay; Speculation; Lacks foundation; FRE 403; Vague and ambiguous; Relevance; Misstates testimony | |
| | 150:5–163:25 | Best Evidence Rule; Hearsay; Speculation; Lacks foundation; FRE 403; Vague and | |

| | | | |
|---|---|---|---|
| | | ambiguous; Relevance; Misstates testimony | |
| | 164:11–175:24 | Best Evidence Rule; Hearsay; Speculation; Lacks foundation; FRE 403; Vague and ambiguous; Relevance; Misstates testimony | |
| | 176:9–205:2 | Improper citation to almost 30 pages of testimony; Relevance; FRE 403; Vague and ambiguous; Speculation; Lacks foundation; Hearsay; Best Evidence Rule; Misstates testimony | |
| | 205:6–221:7 | Best Evidence Rule; Hearsay; Speculation; Lacks foundation; FRE 403; Vague and ambiguous; Misstates testimony | |
| | 225:23–232:3 | Best Evidence Rule; Hearsay; Speculation; Lacks foundation; FRE 403; Vague and ambiguous; Misstates testimony | |
| | 234:12–241:3 | Best Evidence Rule; Hearsay; Speculation; Lacks foundation; FRE 403; Vague and ambiguous; Misstates testimony | |
| **Manuel Cardoso Confidential Designations** | | | |
| | 206:1–5 | | |
| | 206:14–16 | | |
| | 207:13–25 | Speculation; Lacks foundation; FRE 403 | |
| | 268:14–17 | | |