SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
JOHN LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for DEFENDANT AND
COUNTERCLAIMANT AXOS BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JENNIFER BREAR BRINKER,

Plaintiff,

v.

AXOS BANK and JOHN TOLLA,

Defendants.

AXOS BANK, a federal savings bank

Counterclaimant,

v.

JENNIFER BREAR BRINKER an individual; and DOES 1-25, inclusive,

Counterclaim Defendants

Case No.: 3:22-cv-00386-MMA-DDL

**NOTICE OF WITHDRAWAL OF ECF No. 291**

Hon. Benjamin J. Cheeks
Schwartz Courthouse, Courtroom 3A

Magistrate Judge David D. Leshner

Action Filed: March 21, 2022

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Plaintiff and Cross-Defendant Jennifer Brear Brinker and Defendant and Cross-Complainant Axos Bank's Pretrial Order Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16 (Dkt. No. 291) is withdrawn, as the Court has instructed the parties to submit a Pretrial Order with counsel's signature blocks. A corrected version will be refiled in accordance with the Clerk of the Court's directions.

Dated: November 19, 2026 SHEPPARD MULLIN RICHTER & HAMPTON LLP

By *\/s HEATHER L. PLOCKY*

HEATHER L. PLOCKY
Attorneys for Defendant and Counterclaimant
AXOS BANK